UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 548-4675

**Plaintiff,**

v.                                                     Case No.  05- 808

ING GROUP
ING Direct
1 South Orange Street
Wilmington, DE 19801

Tel. (800) 464-3473

**Defendant.**

## COMPLAINT

**Introduction-**This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1961 (1) (A) & (B) and under 18 U.S.C.A. § 1341, Notes 57, 60 & 63.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §s 1331 & 1332. The amount of monetary damages requested is TWO MILLION DOLLARS ($2,000,000).

2. The pro se plaintiff is a voting eligible citizen of the United States of America and a resident of the Commonwealth of Virginia.

3. The defendant, ING Group, is a financial institution (see 15 U.S.C.A. § 80a-3) located in Amsterdam, The Netherlands with a banking division, ING Direct, located in Wilmington, DE (see *ATTACHMENTS A1 & A2*), but no branches or offices in the Commonwealth of Virginia (see 12 U.S.C.A. and §6.1 Code Of Virginia).

4. The "COMPLAINT", notice of lawsuit, and waiver of summons forms are being served upon the CEO and Chairman Executive Board of ING Group, Michel Tilmant (see *ATTACHMENT B*), Corporate Affairs, Location IH 07.550, P.O. Box 810, 1000 AV Amsterdam, The Netherlands; and the U.S. Attorney, 1201 N. Market Street, Wilmington, DE 19801-1147, under Rules 4(d)(2), 4(d)(3) & 4(h) and C4-19 of the *Federal Rules Of Civil Procedure*.

5. **Facts Of Claim**
    a. On 04/20/2005 this pro se plaintiff sent a request via certified, return receipt mail with identification to ING Direct to open an one-year CD with an enclosed cashier check for $500.00 (see *ATTACHMENTS C1- C5*).
    b. The request letter and cashier's check were received and signed for by "Andrew Swarter" of ING Direct (see *ATTACHMENT C1*).
    c. On 05/05/2005 this pro se plaintiff received the $500.00 cashier's check of his 04/20/2005 mailing to ING Direct requesting that additional information be supplied. Since this was unnecessary, this pro se plaintiff decided to send his one-year CD request to the ING Group in Amsterdam, The Netherlands.
    d. On 05/06/2005 this pro se plaintiff sent all of the contents of the 04/20/2005 mailing (see *ATTACHMENTS C1-C5*) to the ING Group in Amsterdam, The Netherlands via international registered mail (see *ATTACHMENT D*) requesting that his one-year CD account be opened.
    e. By 08/23/2005 this pro se plaintiff had still not received confirmation of his new CD account with the ING Group, so on 08/24/2005 a letter with enclosures was faxed to Michel Tilmant, the CEO and Chairman Executive

    Board of ING Group, requesting confirmation of his new CD account (see *ATTACHMENTS E1-E4*).

  f. By 10/03/2005, this pro se plaintiff still had not received confirmation of his one-year CD account with the ING Group/ING Direct, so on 10/04/2005 an excursion was made to the Credit Union Family Service Center in Springfield, VA to obtain a reissue/new $500.00 cashier's check. A customer service representative at the Credit Union Family Service Center, Ms. Minh, discovered that the ING Bank in Amsterdam, The Netherlands had cashed/deposited my $500.00 cashier's check on 05/23/2005 (see *ATTACHMENT F*).

  g. Not wishing to *leap* to conclusions, this pro se plaintiff mailed a letter via international registered mail (see *ATTACHMENTS G1 & G2*) to Michel Tilmant, the CEO and Chairman Executive Board of ING Group, requesting confirmation of his new CD account. The letter was received by Michel Tilmant, the CEO and Chairman Executive Board of ING Group (see *ATTACHMENT H*). It has been over five (5) months since the ING Group in Amsterdam, the Netherlands cashed/deposited the $500.00 cashier's check; however, this pro se plaintiff still has not received confirmation of his new CD account.

6. **Violations of 18 U.S.C.A. § 1961 (1) (A) & (B)**
   a. The ING Group/ING Bank has committed a "... robbery ..." by cashing/depositing the $500.00 cashier's check and by not opening the CD account, and by not returning the $500.00.
   b. The act of stealing or robbing articles/money that arrive via the U.S. Postal System is an "... act which is indictable under ... [title 18] section 1341 ... [and] section 1344 ...".
   c. By legal definition the ING Group/ING Bank is guilty of violating this Title and Section of the United States Code on prima facie evidence (see *ATTACHMENT F*).

7. **Violation of 18 U.S.C.A. § 1341, Notes 57, 60 & 63**

   a. Michel Tilmant is a bank official at the ING Group. He was contacted directly via facsimile and directly via international registered mail and given complete *knowledge* of the request, identification, and the $500.00 cashier's check/*money*, he did not respond to this pro se plaintiff (see *ATTACHMENTS E1-E4, G1, G2 & H*).

   b. This pro se plaintiff's $500.00 cashier's check was cashed/deposited in Amsterdam, The Netherlands after receipt of the *first* international registered mailing (see *ATTACHMENTS C1-C5, D & F*). This involves this pro se plaintiff's *money*.

   c. "Reckless indifference alone will support mail fraud conviction." Michel Tilmant/ING Group/ING Bank is/are guilty of violating this Title, Section, and its associated Notes based upon prima facie evidence.

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, the Omaha State Bank for:

**TWO MILLION DOLLARS ($2,000,000)** for violating 18 U.S.C.A. § 1961 (1) (A) & (B) and 18 U.S.C.A. § 1341, Notes 57, 60 & 63, through willful negligence demonstrating breach of duty, causation, and psychological distress.

---

Plaintiff requests a Trail by Jury

Dated this 21st day of November, 2005

By _____
Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 548-4675

-5-

cc: (via international, registered, return receipt mail & certified, return receipt mail Article No. 7005 0390 0005 2039 1248, respectively)

    Michel Tilmant, CEO & Chairman
      Executive Board
    Corporate Affairs
    Location IH 07.550
    P.O. Box 810
    1000 AV Amsterdam
    The Netherlands

    U.S. Attorney
    1201 N. Market St.
    Wilmington, DC 19801-1147