# ING

ING Groep N.V., a publicly-listed company, is the parent of two main legal entities: ING Bank N.V. (ING Bank) and ING Verzekeringen N.V. (ING Insurance).

Dutch law prohibits combining banking and insurance activities within one legal entity because of contagion risk. This requirement is consistent with European directives dating from the early 1970s. However, banks and insurers (as well as securities institutions) are allowed to be part of one company (for instance, for commercial reasons), provided that certain risk management procedures are in place. All of ING's global activities – provided the Group owns a majority share – are in principle part of either ING Bank or ING Insurance.

ING Bank is the parent company of various Dutch and foreign banks. ING Insurance is not an actual insurance company; it is only a parent company. The various insurance companies that ING owns around the world belong to ING Insurance.

Both ING Bank N.V. and the Dutch insurance companies which are owned by ING Verzekeringen Nederland N.V. (ING Insurance Netherlands) are regulated by the Dutch Central Bank (DNB). DNB focuses on 'Prudential supervision' (the health of financial institutions). DNB is part of the European System of Central Banks (ESCB). The other Dutch financial sector supervisor, the Netherlands Authority for the Financial Markets, is responsible for 'conduct of business supervision' (assessing the behaviour of players in the Dutch financial markets)

**Related Links**

- Dutch Central Bank
- AFM


- Last updated 10/5/05

## ATTACHMENT A1

ING affiliates work with individuals, employers and institutions to provide financial solutions through the use of innovative products, services and strategies. Our customers enjoy the benefits of working with a world-class provider of highly competitive integrated financial products and services.

For more customer service information, you're invited to go to our online Customer Service Center.

Annuities | Life Insurance | Retirement Plans | Mutual Funds | Banking | Broker/Dealers | Trusts | Institutional Markets | Other

Banking

ING Direct
1 South Orange Street
Wilmington, DE 19801
Tel. 800.464.3473
Fax. 302.658.7707
Website: www.ingdirect.com

**ATTACHMENT A2**