

**Michel Tilmant, CEO and Chairman Executive Board of ING Group**

**Personal Details:**

Date of birth:   21 July 1952
Nationality:     Belgian

Curriculum vitae
Photos



Profile Executive Board Members

- Michel Tilmant
- Cees Maas
- Eric Boyer de la Giroday
- Fred Hubbell
- Eli Leenaars
- Alexander Rinnooy Kan
- Hans Verkoren

Back to overview page

**Profile:**

Michel Tilmant has been chairman of the Executive Board since 28 April 2004. He became a member of the Executive Board in 1998 and vice-chairman on 2 May 2000. Before joining ING, he was chairman of Bank Brussels Lambert (BBL), which was acquired by ING in 1997. Four Group staff departments report directly to Mr. Tilmant: Corporate Human Resources, Corporate Development, Corporate Communications & Affairs and Corporate Audit.

  - Last updated 28/4/04

**ATTACHMENT B**