

**ATTACHMENT C1**

148 Preston Circle
Fredericksburg, VA 22406
April 19, 2005

ING Direct
New Accounts Department
1 South Orange Street
Wilmington, DE 19801

RE: 1 Year CD

Dear Sir or Madam:

    Please open a new one-year CD account with the enclosed cashier's check for $500.00 and with the enclosed identification. I understand that your rates are 3.45% annually as of 03/30/05.

    **NAME:** Philip Tinsley III    SSN: 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
    **ADDRESS:** Same as above

    Thank you for your services!

Sincerely yours,

*Philip Tinsley, III*

Philip Tinsley, III

Enc.

**ATTACHMENT C2**

CREDIT UNION FAMILY SERVICE CENTER
6314 Springfield Plaza
Springfield, Va. 22150-3431

MEMBER COPY

224-047604

Op: 2453
Payee: PHILIP TINSLEY III

Remitter: HERMIONE B. TINSLEY

Amount:  $500.00
Fee:       $1.00
Total:   $501.00

March 31, 2005

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

STOP PAYMENTS MAY ONLY BE PLACED ON CHECKS THAT ARE LOST, STOLEN, OR DESTROYED.
REPLACEMENT CHECKS MAY BE ISSUED AFTER 60 CALENDAR DAYS.

ATTACHMENT C3

ING Direct - Open an Orange CD and get a great rate. Save your money!     Page 1 of 1

Case 1:05-cv-00808-KAJ     Document 1-4     Filed 11/22/2005     Page 4 of 5



## Get a guaranteed 3.45% APY on a 1-year Orange CD!
## No Minimums. No Fees. Safe, secure and simple!

Why juggle risky investments when you can lock in a great guaranteed return from ING DIRECT? With the FDIC insured Orange Certificate of Deposit you can earn a high **3.45% Annual Percentage Yield** on a 1-year CD (effective since 03/30/05 ).

Or select from a variety of terms on CDs:

| Term | APY | Interest Rate | Effective Date |
|---|---|---|---|
| 1 Year | 3.45% | 3.45% | 03/30/05 |
| 2 Years | 4.00% | 4.00% | 03/30/05 |
| 3 Years | 4.25% | 4.25% | 03/30/05 |
| 4 Years | 4.40% | 4.40% | 03/30/05 |
| 5 Years | 4.50% | 4.50% | 03/30/05 |

The great news is there are no fees and no minimums. That's right, you can open any of our CDs for whatever amount you wish and still get a great rate!

It's easy. You can open online right now and have your CD in less than 5 minutes! Save Your Money with ING DIRECT.







**ATTACHMENT C4**

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT

**UNITED STATES OF AMERICA**

Type/Catégorie: P
Code of issuing/code du pays State: USA
PASSPORT NO./NO. DU PASSEPORT: 016274890

Surname / Nom: TINSLEY III
Given names / Prénoms: PHILIP
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 31 JAN/JAN 63
Sex / Sexe: M
Place of birth / Lieu de naissance: VIRGINIA, U.S.A.
Date of issue / Date de délivrance: 08 OCT/OCT 99
Date of expiration / Date d'expiration: 07 OCT/OCT 09
Authority / Autorité: PASSPORT AGENCY WASHINGTON, D.C.
Amendments/Modifications: SEE PAGE 24

```
P<USATINSLEY<III<<PHILIP<<<<<<<<<<<<<<<<<<<<<
0162748901USA6301318M0910075<<<<<<<<<<<<<<<8
```

**ATTACHMENT C5**