| Registered No. RR302879497US | Date Stamp |
|---|---|
| Reg. Fee $ $7.50 | 0403 |
| Handling Charge $ $0.00 | Return Receipt $ $1.75 | 13 |
| Postage $ $1.60 | Restricted Delivery $ $0.00 | 05/06/2005 |
| Received by RD | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance |

FROM: Philip Tinsley III
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

TO: ING Group
P.O. Box 810
1000 AV Amsterdam
the Netherlands

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com

```
FALMOUTH POSTAL STORE
    FALMOUTH, Virginia
         224066470
       5176530403-0097
05/06/2005   (800)275-8777   09:22:14 AM

----------- Sales Receipt -----------
Product        Sale   Unit      Final
Description    Qty    Price     Price

Netherlands - Air              $1.60
Letter-post
  Return Receipt               $1.75
  Registered                   $7.50
    Insured Value :   $0.00
    Article Value :   $0.00
    Label Serial #.  RR302879497US
                              ========
            Issue PVI:         $10.85

Total:                         $10.85

Paid by:
Cash                           $11.00
Change Due:                    -$0.15


Bill#:  1000302141071
Clerk:  13

--- All sales final on stamps and postage. ---
   Refunds for guaranteed services only.
   Th___ ___ ___ for your business.
```

**ATTACHMENT D**