148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

I have not yet received confirmation of my five hundred dollar, one-year certificate of deposit (CD) with your bank. Your bank received the five hundred dollar cahier's check from the Credit Union Family Service Center, No. 224-047604, via international registered mail during the month of May of 2005.

Please send confirmation of my one-year CD with your bank as soon as possible. Thank you.

Sincerely yours,

Philip Tinsley, III

Enclosures (4 pages)

**Sent by Facsimile**

**ATTACHMENT E1**



**Please note that you are on ING's corporate website.**

**ING Group head office**
ING House
Amstelveenseweg 500
1081 KL Amsterdam, the Netherlands
Tel: +31 20 541 5411
Fax: + 31 20 541 5497

For specific information about your account or products and services, please go to ING worldwide.

If you are a:

- US customer, log in via US Customer Service .
- ING Direct Customer, go to www.ingdirect.com .
- Customer of ING Bank in the Netherlands, go to www.ingbank.nl.
- Customer of Postbank in the Netherlands, go to www.postbank.nl.

For questions about ING select a topic below.

**Please select a topic**

- Select one ▼

**ATTACHMENT E2**

```
TRANSMISSION VERIFICATION REPORT
```

```
                                TIME : 08/24/2005 13:40
                                NAME : STAPLES 909
                                FAX  : 17038839254
                                TEL  : 17038830011
```

```
DATE,TIME            08/24  13:39
FAX NO./NAME         01131205415497
DURATION             00:01:40
PAGE(S)              05
RESULT               OK
MODE                 FINE
                     ECM
```

148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

    I have not yet received confirmation of my five hundred dollar, one-year certificate of deposit (CD) with your bank.  Your bank received the five hundred dollar cahier's check from the Credit Union Family Service Center, No. 224-047604, via international registered mail during the month of May of 2005.

    Please send confirmation of my one-year CD with your bank as soon as possible. Thank you.

Sincerely yours,

Philip Tinsley, III

**ATTACHMENT  E3**

Enclosures (4 pages)



that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
8387C Leesburg Pike
TYSONS CORNER, VA 22182
(703) 883-0011

SALE                    243894 5 005 39933
                        0909 08/24/05 02:35

*********************************************

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing.  Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0100 0747 8514 4961

***Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.***

See store for rules.
Survey code expires 09/23/2005.
*********************************************

QTY SKU                      OUR PRICE


1   FAX INTL FIRST PG
    381672                      5.99N
4   FAX INTL ADDTL PG
    381676      3.990ea        15.96N
SUBTOTAL                       21.95
TOTAL                         $21.95

Cash                           22.00

Cash Change                     0.05

TOTAL ITEMS   5


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



09090824053993305