

R&T#: 672466991  Account#: 6724669912400  Draft#: 47604  Amount$: 500.00  Date: 5/23/2005



R&T#: 672466991  Account#: 6724669912400  Draft#: 47604  Amount$: 500.00  Date: 5/23/2005

**ATTACHMENT F**