**Registered No.** RR302878443US

| | |
|---|---|
| Reg. Fee $ | $7.50 |
| Handling Charge $ | $0.00 |
| Postage $ | $0.80 |
| Return Receipt $ | $1.75 |
| Restricted Delivery $ | $0.00 |
| Received by | SB |

Date Stamp: FALMOUTH BR 10/06/2005

Customer Must Declare Full Value $ — Without Postal Insurance ☑

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM:
Philip Tinsley III
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

TO:
Michel Tilmant, ING Group
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

PS Form 3806, June 2002 — Receipt for Registered Mail — Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

---

Falmouth, Virginia
224066470
5176530403-0097
10/06/2005  (800)275-8777  02:50:53 PM

——— Sales Receipt ———

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Netherlands - Air Letter-post | | | $0.80 |
| Return Receipt | | | $1.75 |
| Registered | | | $7.50 |
|   Insured Value : | | | $0.00 |
|   Article Value : | | | $0.00 |
|   Label Serial #: | | RR302878443US | |

Issue PVI:  $10.05

Total:  $10.05

Paid by:
Cash    $11.00
Change Due:  -$0.95

Bill#: 1000302325617
Clerk: 05

— All sales final on stamps and postage. —
Refunds for guaranteed services only.

---

**ATTACHMENT G1**

148 Preston Circle
Fredericksburg, VA 22406
October 4, 2005

Michel Tilmant, Ch. Exec. Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
The Netherlands

RE: $500 CD

Dear Mr. Tilmant:

Apparently, you did not receive my fax of August 24, 2005, even though the transmission report stated that all five pages were transmitted without error to your office. It is now the 4th of October and I still have not received confirmation/certificate/account statement of my $500.00 CD with the ING Group.

I am sending this letter to you via USPS international, registered mail in the hope that I will promptly receive confirmation of my CD account with your bank.

Sincerely yours,

*Philip Tinsley III* (signature)

Philip Tinsley, III

**ATTACHMENT G2**