**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Par Avion*

Administration des Postes des Etats-Unis d'Amérique

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Name or Firm (Nom ou raison sociale): Philip Tinsley III
Street and Number (Rue et no.): 148 Preston Circle
City, State, and ZIP + 4 (Localité et code postal): Fredericksburg, VA 22406-5144

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)

---

Item Description (Nature de l'envoi): ☑ Letter (Lettre)
Article Number: RR302878443US
Office of Mailing (Bureau de dépôt): Falmouth, VA 22406
Date of Posting (Date de dépôt): 10/06/05
Addressee Name or Firm: Michel Tilmant, Ch. Exec. Board, ING Group, ING House
Street and No.: Amstelveenseweg 500
Place and Country: 1081 KL Amsterdam, the Netherlands

The article mentioned above was duly delivered.
Signature of Addressee: [signature]

Postmark: BELKT AMSTERDAM-GIESSENBURG 13.X.05--7

PS Form 2865, February 1997 (Reverse)

---

**ATTACHMENT H**