148 Preston Circle
Fredericksburg, VA 22406
November 21, 2005

The Hon. Sue L. Robinson
U.S. District Court for the District of
 Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Room 6124, Lockbox 31
Wilmington, DE 19801

05- 808

RE: Filing

Madam:

    Please file this "COMPLAINT" against the ING Group in accordance with Rule 5(e) of the *Federal Rules Of Civil Procedure*. You may or may not be familiar with this type of filing, if not, you can obtain valuable assistance from the Clerk of the U.S. District Court for the District of Nebraska (see *Tinsley v. Omaha State Bank, Case No. 8:05CV311*, U.S. Dist. Ct. Dist. NE). I am waiving service of summons and serving via USPS international registered mail and via USPS certified, return receipt mail (see FORM 1A. & FORM 1B. of the *Federal Rules Of Civil Procedure*, pages 94-95).

    I am exercising my civil and legal rights to file this complaint according to the Vth Amendment (due process of law) of the U.S. Const., 42 U.S.C.A. § 1981(a) & (c), and being a voting *eligible* U.S. citizen.

    Enclosed in this U.S. Postal System Express Mailing (Tracking No. ED 526777970 US) you will find:

    1. U.S. Postal money order made out to the Clerk of your Court in the amount of $250.00 (filing fee);

    2. One completed CIVIL COVER SHEET (Form JS 44);

    3. Three (3) signed and exactly the same "COMPLAINT[s]"; and

    4. A paid means (U.S. Postal Express Mail, Tracking No. ED 905115089 US) of returning two (2) of aforementioned three(3) "COMPLAINT[s]" dated and stamped with a case number (**originals**) by the Clerk of your Court to me.

(1)

(2)

Thank you.

                                      Very truly yours,

                                      Philip Tinsley, III
                                      **Pro Se Plaintiff**

Enclosures