148 Preston Circle
Fredericksburg, VA 22406
January 31, 2006

Clerk
U.S. District Court for the District of
 Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

RE: Filing, *Case No. 1-05-CV-808* KAJ

Sir:

    Please file this "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" against the ING Group in accordance with Rule 5(e) of the *Federal Rules of Civil Procedure*.

    I am exercising my civil and legal rights to file this complaint according to the Vth Amendment (due process of law) of the U.S. Const., 42 U.S.C.A. § 1981(a) & (c), and being a voting *eligible* U.S. citizen.

    Enclosed in this U.S. Postal System Express Mailing (Tracking No. EQ 336606775 US) you will find:

    1. Three (3) signed and exactly the same "MOTION[s] FOR JUDGMENT …"; and

    2. A paid means (U.S. Postal Express Mail, Tracking No. ED 526777983 US) of returning two (2) of aforementioned three (3) "MOTION[s] FOR JUDGMENT …" dated and stamped (**originals**) to me.

Thank you.

Very truly yours,

Philip Tinsley, III
**Pro Se Plaintiff**

Enclosures