148 Preston Circle<br>
Fredericksburg, VA 22406<br>
February 4, 2006

Clerk
U.S. District Court for the District of
 Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Lockbox 18
Wilmington, DE 19801-3570



RE: Filing, *Case No. 1-05-CV-808*

Sir:

      Please file this "MOTION TO CORRECT CLERICAL ERROR UNDER RULE 60" and this "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" against the ING Group in accordance with Rule 5(e) of the *Federal Rules Of Civil Procedure*.

      I am exercising my civil and legal rights to file this complaint according to the Vth Amendment (due process of law) of the U.S. Const., 42 U.S.C.A. § 1981(a) & (c), and being a voting *eligible* U.S. citizen.

      Enclosed in this U.S. Postal System Express Mailing (Tracking No. EQ 336606767 US) you will find:

    1. Three (3) signed and exactly the same "MOTION[s] ..." *each*; and

    2. A paid means (U.S. Postal Express Mail, Tracking No. EQ 336606784 US) of returning two (2) of aforementioned three(3) "MOTION[s]" *each* dated and stamped to me.

Thank you.

Very truly yours,<br><br>
Philip Tinsley, III<br>
<b>Pro Se Plaintiff</b>

Enclosures