UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Civil Action, File No. <u>1-05-CV-808</u> KAJ

| | |
|---|---|
| PHILIP TINSLEY III | |
| **Plaintiff,** | |
| v. | **MOTION FOR JUDGMENT BY ENTRY OF DEFAULT** |
| ING GROUP | |
| **Defendant.** | |

Plaintiff, in pro se, moves this Court for judgment in his favor pursuant to Rules 4, 6 (e), 7 (a) & 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion elects to file a MEMORANDUM OF LAW:

  I. On the 22nd day of November 2005, this pro se plaintiff filed a "COMPLAINT" with the Clerk of the United States District Court for the District of Delaware against the ING Group/ING Direct. Pursuant thereto, CEO of the ING Group, Michel Tilmant, and the U.S. Attorney were served with the "COMPLAINT" (stamped by the Clerk of the U.S. District Court for the District of Delaware), proper notice and waiver of summons forms, and a paid means of returning the waiver on the 25th day of November 2005 (see *ATTACHMENTS A-D*).

  II. Service was executed by the United States Postal System (USPS) via certified, return receipt mail, on the 25th day of November 2005 and received by Michael Tilmant within seven (7) business days (see USPS Delivery Schedule) in Amsterdam, the Netherlands, and received by the U.S. Attorney on the 29th day of November (see *ATTACHMENTS A & E*).

-1-

III. Copies of the completed "NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS" (Form 1A.), "WAIVER OF SERVICE OF SUMMONS" (Form 1B.), paid means of return delivery by mail, and USPS "CERTIFIED MAIL RECEIPT[s]" (PS Form 3800, June 2002) were sent to the Clerk of the U.S. District Court for the District of Delaware by USPS certified, return receipt mail (Article No. 7005 0390 0005 2039 1262) on November 25, 2005, and received on November 28, 2005 (see *ATTACHMENTS F-H* and *A-E*).

IV. The defendant, the ING Group/Michel Tilmant, had until January 25, 2006, to return FORM 1B./serve a filed answer (see Rules 4, 7(a) & 5(e) *FRCP*) upon this plaintiff.

V. Under Rule 6(e) of the *FRCP* the ING Group/Michel had an additional three (3) business days after the 25th of January 2006, plus one (1) additional day because of Martin Luther King Jr. Day, the 31st day of January, in which to return FORM 1B./serve a filed answer to the "COMPLAINT" on the plaintiff (see Rule 4 *FRCP*) … this did not occur.

VI. The ING Group/ING Direct, the defendant, did not file an answer to the "COMPLAINT" and is in **default** (see *Bell, Tinsley & Tinsley v. Bank of America, Case No. 2:00CV880*, U.S. Dist. Ct. E.D. VA and "MOTION FOR JUDGMENT", filed January 30, 2001, *Tinsley v. FleetBoston Financial Corp., Case No. 00-2147-A*, U.S. Dist. Ct. E.D. VA; and *Tinsley v. Omaha State Bank, Case No. 8:05CV311*, U.S. Dist. Ct. Dist. NE) on charges of **racketeering**. Therefore, I, the pro se plaintiff, do hereby make my application to the Clerk and the Court under Rule 55 of the *FRCP* (see 90 *New York Supplement* 589, 590 and *North Western Reporter* 2d 548, 553). The Clerk has the option of spending the United States'/U.S. Department of Justice's money and formally serving the ING Group/Michel Tilmant and extending the time

period twenty-one (21) days plus time for international service to answer the "COMPLAINT" or can simply enter the default judgment against the ING Group.

## CONCLUSION

Michel Tilmant the CEO and Chairman of the Board of the ING Group received a facsimile and a registered letter explaining that my certificate of deposit (CD) had not been opened nor had my $500.00 been returned (see "COMPLAINT" in this lawsuit). Nevertheless, this wealthy European bank executive of one of the largest banks in Europe allowed $500.00 to be *stolen* from an honest person of modest means ... I hope that Michel Tilmant is not a French/Belgian *nobleman*.

The ING Group employs as its logo/symbol a symbol that is commonly used for European monarchies ... . Given the fact that the ING Group/ING Direct is now guilty of racketeering and for some reason felt the need to steal $500.00, the Royal symbol needs to be removed from the ING Group and Buckingham Palace in England needs to demonstrate how to properly employ such a symbol, so that it has the *correct* meaning (see *ATTACHMENTS I1-I3*). I hope that Her Majesty Queen Beatrix of the Netherlands, being well versed in law, will see to it that all the European monarchies divest all of their holdings from the ING Group; the President/CEO of Royal Dutch Petroleum may also want to follow this suit ... .

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, demand judgment against the defendant, the ING Group for:

**TWO MILLION DOLLARS ($2,000,000),** for the return of stolen funds, for the closing/shut down of the ING Group/ING Direct and all of its subsidiaries/branches in the United States of America, and that this Court schedules a date to hear evidence.*

Dated this 4th day of February, 2006

By _____*Philip Tinsley IV*_____
Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 548-4675

cc: (via international, registered, return receipt mail & certified, return receipt mail Article No. 7005 2570 0001 0442 7507, respectively)

Michel Tilmant, CEO & Chairman
 Executive Board
Corporate Affairs
Location IH 07.550
P.O. Box 810
1000 AV Amsterdam
The Netherlands

U.S. Attorney
1201 N. Market St.
Wilmington, DE 19801-1147

\*No "NOTICE …" will be filed with this motion, since the ING Group has not returned FORM 1B., filed an answer, or hired legal counsel.

**Registered Mail Receipt (PS Form 3806, June 2002)**

- Registered No.: RR302878783US
- Reg. Fee: $7.50
- Handling Charge: $0.00
- Return Receipt: $1.75
- Postage: $4.00
- Restricted Delivery: $0.00
- Date Stamp: 11/25/2005
- Customer Must Declare Full Value: $0.00 — Without Postal Insurance

FROM:
Philip Cooley III, Rose Manor II
148 Vistas Circle
Fredericksburg, VA 22406-8744
USA

TO:
Michel Tilmant, CEO + Ch Ex. B
Location FH 07.550 P.O. Box 810
1000 AV Amsterdam
The Netherlands

Copy 1 – Customer

---

**U.S. Postal Service Certified Mail Receipt**
(Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $1.29
- Certified Fee: $2.30
- Return Receipt Fee (Endorsement Required): $1.75
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $5.34
- Postmark: 11/25/2005

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 1201 N. Market Street
City, State, ZIP+4: Wilmington, DE 19801-1147

PS Form 3800, June 2002

---

```
           FALMOUTH POSTAL STORE
              FALMOUTH, Virginia
                 224066470
               5176530403-0095
11/25/2005      (800)275-8777         04:31:05 PM

           ------ Sales Receipt ------
Product         Sale    Unit          Final
Description     Qty     Price         Price

Netherlands - Air                     $4.00
Letter-post
  Return Receipt                      $1.75
  Registered                          $7.50
    Insured Value :        $0.00
    Article Value :        $0.00
    Label Serial #:   RR302878783US
                                    ========
            Issue PVI:               $13.25

WILMINGTON DE 19801                   $1.29
First-Class
  Return Receipt (Green Card)         $1.75
  Certified                           $2.30
    Label Serial #:   70050390000520391248
                                    ========
            Issue PVI:                $5.34

Total:                               $18.59

Paid by:
Cash                                 $19.00
Change Due:                          -$0.41

Bill#:  1000500322499
Clerk:  01

  — All sales final on stamps and postage. —
      Refunds for guaranteed services only.
          Thank you for your business.
                 Customer Copy
```

**ATTACHMENT A**

**Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons**

TO: <u>Michel Tilmant</u>   [as <u>CEO and Chairman Executive Board</u> of <u>ING Group</u>]

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the <u>District of Delaware</u> and has been assigned docket number <u>1-05-CV-808</u>.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within <u>60</u> days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope with international postage paid (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this <u>25</u> day of <u>November, 2005</u>.

_____
Signature of Plaintiff's Attorney or
Unrepresented Plaintiff

**NOTES**

A–Name of individual defendant (or name of officer or agent of corporate defendant)
B–Title, or other relationship of individual to corporate defendant
C–Name of corporate defendant, if any
D–District
E–Docket number of action
F–Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

**ATTACHMENT B**

**Form 1B. Waiver of Service of Summons**

TO: <u>Philip Tinsley III</u>

   I acknowledge receipt of your request that I waive service of summons in the action of <u>Complaint v. Negligence</u>, which is case number <u>1-05-CV-808</u> in the United States District Court for the <u>District of Delaware</u>. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>November 25, 2005</u>, or within 90 days after that date if the request was sent outside of the United States.

_____  _____
Date        Signature
              Printed/typed name: _____
                  [as _____ ]
                  [of _____ ]

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

**ATTACHMENT C**



Philip Tinsley III, Pro Se Plaintiff
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

Michel Tilmant, CEO & Ch. Exec. Board
Corporate Affairs-Location IH 07.550
P.O. Box 810
1000 AV Amsterdam
The Netherlands

**ATTACHMENT D**

USPS - Track & Confirm

Page 1 of 1



Home | Help | Si

Track & Confirm   FA(

# Track & Confirm

Search Results

Label/Receipt Number: **7005 0390 0005 2039 1248**
Status: **Delivered**

Your item was delivered at 11:51 am on November 29, 2005 in WILMINGTON, DE 19801.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

  POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    12/6/2005

**ATTACHMENT E**

```
          FALMOUTH POSTAL STORE
             FALMOUTH, Virginia
                 224066470
               5176530403-0095
11/25/2005     (800)275-8777      04:37:10 PM

─────────── Sales Receipt ───────────
Product        Sale   Unit          Final
Description    Qty    Price         Price

WILMINGTON DE 19801                 $0.60
First-Class
    Return Receipt (Green Card)     $1.75
    Certified                       $2.30
    Label Serial #:   70050390000520391262
                                  ========
              Issue PVI:            $4.65
                                  ────────
Total:                              $4.65

Paid by:
Cash                                $4.65

Bill#: 1000500322515
Clerk: 01

 — All sales final on stamps and postage. —
      Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7005 0390 0005 2039 1262

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $0.60 | |
| Certified Fee | $2.30 | 0403 01 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.65 | 11/25/2005 |

Sent To: Clerk, U.S. Dist. Ct. Dist. DE
Street, Apt. No.; or PO Box No. 844 N. King St.
City, State, ZIP+4 Wilmington, DE 19801

PS Form 3800, June 2002                See Reverse for Instructions

**ATTACHMENT  F**



**UNITED STATES POSTAL SERVICE**

Home | Help | S!

Track & Confirm    FA(

## Track & Confirm

**Search Results**

Label/Receipt Number: 7005 0390 0005 2039 1262
Status: **Delivered**

Your item was delivered at 1:06 pm on November 28, 2005 in WILMINGTON, DE 19801.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

POSTAL INSPECTORS          site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do            12/9/2005

**ATTACHMENT G**

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PHILIP TINSLEY III

    Plaintiff,

    v.                                             Case No. 1-05-CV-808

ING GROUP

    Defendant.

## PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed an original "COMPLAINT" stamped by the Clerk; two (2) FORM[s] 1A.; two (2) FORM[s] 1B.; a pre-paid means to return one signed FORM 1B to me via the United States Postal System (international registered mail), to Michel Tilmant, CEO & Chairman Executive Board of the ING Group.

Copies of the aforementioned were mailed on the same date to the U.S. Attorney to complete service.

Date: November 25, 2005

                                                Philip Tinsley, III
                                                Pro Se Plaintiff

                                                148 Preston Circle
                                                Fredericksburg, VA 22406
                                                Tel. (540) 548-4675

Enclosures

## ATTACHMENT H



Mr. P. Tinsley,
4221 Dandridge Terrace,
ALEXANDRIA,
VA 22309-2806,
U.S.A.

22309-2806 24





**ATTACHMENT I1**



**BUCKINGHAM PALACE**

20th December, 2000

Dear Mr Tinsley,

I am commanded by The Queen to write and thank you for the good wishes which you have sent to Her Majesty, Prince William and the Royal Family for Christmas.

Your kind thought for the Royal Family at this time is greatly appreciated, and I am to send you Her Majesty's most sincere thanks.

Yours sincerely,

Tchenda Elton

Lady-in-Waiting

Thank you also for the gift you enclosed.

Mr. P. Tinsley

<u>ATTACHMENT 12</u>

**ATTACHMENT I3**