OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 7, 2006

TO:  Philip Tinsley, III.
     148 Preston Circle
     Fredericksburg, VA 22406

**RE:  Response to Motion to Correct Clerical Error Under Rule 60, received and filed on 2/6/06, CA 05-808 KAJ**

Dear Mr. Tinsley:

A copy of the docket sheet for CA 05-808 KAJ is enclosed for your reference.

Please note that your cover letter pertaining to your motion, dated January 31, 2006 (Docket Item 4), and your Motion for Judgment by Entry of Default (Docket Item 5), were both received and filed by the Clerk's Office on February 1, 2006 and entered onto the docket on February 1, 2006.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

BY /s/ [signature]
Deputy Clerk

cc: The Honorable Kent A. Jordan, CA 05-808 KAJ

Enclosure:
Docket Sheet, CA 05-808 KAJ

U.S. District Court
District of Delaware (Wilmington)
**CIVIL DOCKET FOR CASE #: 1:05-cv-00808-KAJ**
Internal Use Only

Tinsley v. ING Group et al
Assigned to: Honorable Kent A. Jordan
Demand: $2,000,000
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 11/22/2005
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Philip Tinsley, III**      represented by   **Philip Tinsley, III**
148 Preston Circle
Fredericksburg, VA 22406
US
PRO SE

V.

**Defendant**

**ING Group**

**Defendant**

**ING Direct**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2005 | 1 | COMPLAINT filed with Jury Demand against ING Group, ING Direct - Magistrate Consent Notice and Rule 4 to Pltf. ( Filing fee $ 250, receipt number 141265.) - filed by Philip Tinsley, III. (Attachments: # 1 Attachment A# 2 Attachment B# 3 Attachment C# 4 Attachment D# 5 Attachment E# 6 Attachment F# 7 Attachment G# 8 Attachment H# 9 Civil Cover Sheet # 10 Mailing Label)(dab, ) (Entered: 11/23/2005) |
| 11/22/2005 | 2 | Letter to Hon. Sue L. Robinson from Philip Tinsley III regarding Filing of Complaint - re 1 Complaint,. (dab, ) (Entered: 11/23/2005) |
| 11/22/2005 |  | No Summons Issued (dab, ) (Entered: 11/23/2005) |
| 11/28/2005 | 3 | REQUEST FOR WAIVER of Service sent to Michel Tilmant on 11/25/05 by Philip Tinsley, III. Waiver of Service due by 1/24/2006. (dab, ) (Entered: 11/29/2005) |
| 11/30/2005 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 11/30/2005) |
| 02/01/2006 | 4 | Letter dated 1/31/06 to Clerk from Philip Tinsley, III, enclosing Motion |

|            |     |                                                                                                                                                    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | for Judgment by Entry of Default. (rwc, ) (Entered: 02/01/2006)                                                                                    |
| 02/01/2006 | 5   | MOTION for Default Judgment as to all defendants - filed by Philip Tinsley, III. (rwc, ) (Entered: 02/01/2006)                                     |
| 02/06/2006 | 6   | Letter dated 2/4/06 to Clerk from Philip Tinsley, III enclosing "Motion to Correct Clerical Error". (rwc, ) (Entered: 02/07/2006)                  |
| 02/06/2006 | 7   | MOTION to Correct Clerical Error Under Rule 60 - filed by Philip Tinsley, III. (rwc, ) (Entered: 02/07/2006)                                        |
| 02/06/2006 | 8   | MEMORANDUM OF LAW in Support of 5 MOTION for Default Judgment - filed by Philip Tinsley, III.(rwc, ) (Entered: 02/07/2006)                          |



④

148 Preston Circle
Fredericksburg, VA 22406
January 31, 2006

Clerk
U.S. District Court for the District of
 Delaware
J. Caleb Boggs Federal Bldg.
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

RE: Filing, *Case No. 1-05-CV-808* KAJ

Sir:

    Please file this "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" against the ING Group in accordance with Rule 5(e) of the *Federal Rules of Civil Procedure*.

    I am exercising my civil and legal rights to file this complaint according to the Vth Amendment (due process of law) of the U.S. Const., 42 U.S.C.A. § 1981(a) & (c), and being a voting *eligible* U.S. citizen.

    Enclosed in this U.S. Postal System Express Mailing (Tracking No. EQ 336606775 US) you will find:

1. Three (3) signed and exactly the same "MOTION[s] FOR JUDGMENT …"; and

2. A paid means (U.S. Postal Express Mail, Tracking No. ED 526777983 US) of returning two (2) of aforementioned three (3) "MOTION[s] FOR JUDGMENT …" dated and stamped (**originals**) to me.

Thank you.

Very truly yours,

Philip Tinsley, III
**Pro Se Plaintiff**

Enclosures