

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PHILIP TINSLEY III

    **Plaintiff,**

v.    Case No. 1-05-CV-808 KAJ

ING GROUP

    **Defendant.**

## PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed an original "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" dated and stamped by the Clerk to Michel Tilmant, CEO & Chairman Executive Board of the ING Group.

Copies of the aforementioned were mailed on the same date to the U.S. Attorney to complete service.

**Date:** February 8, 2006

                                                       Philip Tinsley, III
                                                       Pro Se Plaintiff

                                                       **148 Preston Circle**
                                                       **Fredericksburg, VA 22406**
                                                       **Tel. (540) 538-4675**

Enclosures (2 pages)

Philip Tinsley III, Pro Se Plaintiff
148 Preston Circle
Fredericksburg, VA 22406-5144

Scanned   RG



FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7005 2570 0001 0442 7583

CERTIFIED MAIL

Clerk, U.S. Dist. Ct. Dist. DE
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FALMOUTH, VA
22406
FEB 08, '06
AMOUNT
$4.64
0000 76052-05