# EXHIBIT A

&JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provide by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiatin the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PHILIP TINSLEY III | ING GROUP    05 - 808 |

| (b) County of Residence of First Listed Plaintiff  Stafford VA | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| PRO SE | |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USCA Sec. 1961 (1) (A) & (B) and 18 USCA Sec. 1341, Notes 57, 60 & 63

Brief description of cause:
Willful negligence by the defendant

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $2,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____  DOCKET NUMBER _____

DATE  11/21/2005

SIGNATURE OF ATTORNEY OF RECORD  _Philip Tinsley III_  PRO SE

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 548-4675

**Plaintiff,**

v.

**Case No.** 0 5 - 8 0 8 _____

ING GROUP
ING Direct
1 South Orange Street
Wilmington, DE 19801

Tel. (800) 464-3473

**Defendant.**

---

## COMPLAINT

**Introduction**-This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1961 (1) (A) & (B) and under 18 U.S.C.A. § 1341, Notes 57, 60 & 63.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §s 1331 & 1332. The amount of monetary damages requested is TWO MILLION DOLLARS ($2,000,000).

2. The pro se plaintiff is a voting eligible citizen of the United States of America and a resident of the Commonwealth of Virginia.

-1-

3. The defendant, ING Group, is a financial institution (see 15 U.S.C.A. §
   80a-3) located in Amsterdam, The Netherlands with a banking division, ING
   Direct, located in Wilmington, DE (see *ATTACHMENTS A1 & A2*), but no
   branches or offices in the Commonwealth of Virginia (see 12 U.S.C.A. and §6.1
   Code Of Virginia).

4. The "COMPLAINT", notice of lawsuit, and waiver of summons forms are
   being served upon the CEO and Chairman Executive Board of ING Group,
   Michel Tilmant (see *ATTACHMENT B*), Corporate Affairs, Location IH
   07.550, P.O. Box 810, 1000 AV Amsterdam, The Netherlands; and the U.S.
   Attorney, 1201 N. Market Street, Wilmington, DE 19801-1147, under Rules
   4(d)(2), 4(d)(3) & 4(h) and C4-19 of the *Federal Rules Of Civil Procedure*.

5. **Facts Of Claim**
   a. On 04/20/2005 this pro se plaintiff sent a request via certified, return receipt
      mail with identification to ING Direct to open an one-year CD with an
      enclosed cashier check for $500.00 (see *ATTACHMENTS C1- C5*).
   b. The request letter and cashier's check were received and signed for by
      "Andrew Swarter" of ING Direct (see *ATTACHMENT C1*).
   c. On 05/05/2005 this pro se plaintiff received the $500.00 cashier's check of
      his 04/20/2005 mailing to ING Direct requesting that additional information
      be supplied. Since this was unnecessary, this pro se plaintiff decided to send
      his one-year CD request to the ING Group in Amsterdam, The Netherlands.
   d. On 05/06/2005 this pro se plaintiff sent all of the contents of the 04/20/2005
      mailing (see *ATTACHMENTS C1-C5*) to the ING Group in Amsterdam, The
      Netherlands via international registered mail (see *ATTACHMENT D*)
      requesting that his one-year CD account be opened.
   e. By 08/23/2005 this pro se plaintiff had still not received confirmation of his
      new CD account with the ING Group, so on 08/24/2005 a letter with
      enclosures was faxed to Michel Tilmant, the CEO and Chairman Executive

Board of ING Group, requesting confirmation of his new CD account (see *ATTACHMENTS E1-E4*).

f.  By 10/03/2005, this pro se plaintiff still had not received confirmation of his one-year CD account with the ING Group/ING Direct, so on 10/04/2005 an excursion was made to the Credit Union Family Service Center in Springfield, VA to obtain a reissue/new $500.00 cashier's check. A customer service representative at the Credit Union Family Service Center, Ms. Minh, discovered that the ING Bank in Amsterdam, The Netherlands had cashed/deposited my $500.00 cashier's check on 05/23/2005 (see *ATTACHMENT F*).

g.  Not wishing to *leap* to conclusions, this pro se plaintiff mailed a letter via international registered mail (see *ATTACHMENTS G1 & G2*) to Michel Tilmant, the CEO and Chairman Executive Board of ING Group, requesting confirmation of his new CD account. The letter was received by Michel Tilmant, the CEO and Chairman Executive Board of ING Group (see *ATTACHMENT H*). It has been over five (5) months since the ING Group in Amsterdam, the Netherlands cashed/deposited the $500.00 cashier's check; however, this pro se plaintiff still has not received confirmation of his new CD account.

6. **Violations of 18 U.S.C.A. § 1961 (1) (A) & (B)**

a.  The ING Group/ING Bank has committed a "... robbery ..." by cashing/depositing the $500.00 cashier's check and by not opening the CD account, and by not returning the $500.00.

b.  The act of stealing or robbing articles/money that arrive via the U.S. Postal System is an "... act which is indictable under ... [title 18] section 1341 ... [and] section 1344 ...".

c.  By legal definition the ING Group/ING Bank is guilty of violating this Title and Section of the United States Code on prima facie evidence (see *ATTACHMENT F*).

-3-

7. **Violation of 18 U.S.C.A. § 1341, Notes 57, 60 & 63**

   a. Michel Tilmant is a bank official at the ING Group. He was contacted directly via facsimile and directly via international registered mail and given complete *knowledge* of the request, identification, and the $500.00 cashier's check/*money*, he did not respond to this pro se plaintiff (see *ATTACHMENTS E1-E4, G1, G2 & H*).

   b. This pro se plaintiff's $500.00 cashier's check was cashed/deposited in Amsterdam, The Netherlands after receipt of the *first* international registered mailing (see *ATTACHMENTS C1-C5, D & F*). This involves this pro se plaintiff's *money*.

   c. "Reckless indifference alone will support mail fraud conviction." Michel Tilmant/ING Group/ING Bank is/are guilty of violating this Title, Section, and its associated Notes based upon prima facie evidence.

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, the Omaha State Bank for:

**TWO MILLION DOLLARS ($2,000,000)** for violating 18 U.S.C.A. § 1961 (1) (A) & (B) and 18 U.S.C.A. § 1341, Notes 57, 60 & 63, through willful negligence demonstrating breach of duty, causation, and psychological distress.

---

Plaintiff requests a Trail by Jury

Dated this 21st day of November, 2005

By _____
Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 548-4675

-4-

cc: (via international, registered, return receipt mail & certified, return receipt mail Article
No. 7005 0390 0005 2039 1248, respectively)

Michel Tilmant, CEO & Chairman
  Executive Board
Corporate Affairs
Location IH 07.550
P.O. Box 810
1000 AV Amsterdam
The Netherlands

U.S. Attorney
1201 N. Market St.
Wilmington, DC 19801-1147

# ING 

ING Groep N.V., a publicly-listed company, is the parent of two main legal entities: ING Bank N.V. (ING Bank) and ING Verzekeringen N.V. (ING Insurance).

Dutch law prohibits combining banking and insurance activities within one legal entity because of contagion risk. This requirement is consistent with European directives dating from the early 1970s. However, banks and insurers (as well as securities institutions) are allowed to be part of one company (for instance, for commercial reasons), provided that certain risk management procedures are in place. All of ING's global activities – provided the Group owns a majority share – are in principle part of either ING Bank or ING Insurance.

ING Bank is the parent company of various Dutch and foreign banks. ING Insurance is not an actual insurance company; it is only a parent company. The various insurance companies that ING owns around the world belong to ING Insurance.

Both ING Bank N.V. and the Dutch insurance companies which are owned by ING Verzekeringen Nederland N.V. (ING Insurance Netherlands) are regulated by the Dutch Central Bank (DNB). DNB focuses on 'Prudential supervision' (the health of financial institutions). DNB is part of the European System of Central Banks (ESCB). The other Dutch financial sector supervisor, the Netherlands Authority for the Financial Markets, is responsible for 'conduct of business supervision' (assessing the behaviour of players in the Dutch financial markets)

**Related Links**

- Dutch Central Bank
- AFM

· Last updated 10/5/05

**ATTACHMENT  A1**

ING affiliates work with individuals, employers and institutions to provide financial solutions through the use of innovative products, services and strategies. Our customers enjoy the benefits of working with a world-class provider of highly competitive integrated financial products and services.

For more customer service information, you're invited to go to our online Customer Service Center.

Annuities | Life Insurance | Retirement Plans | Mutual Funds | Banking | Broker/Dealers | Trusts | Institutional Markets | Other

Banking

ING Direct
1 South Orange Street
Wilmington, DE 19801
Tel. 800.464.3473
Fax. 302.658.7707
Website: www.ingdirect.com

**ATTACHMENT  A2**



## Michel Tilmant, CEO and Chairman Executive Board of ING Group

### Personal Details:

Date of birth:   21 July 1952
Nationality:     Belgian

Curriculum
vitae
Photos



**Profile Executive Board Members**

- Michel Tilmant
- Cees Maas
- Eric Boyer de la Giroday
- Fred Hubbell
- Eli Leenaars
- Alexander Rinnooy Kan
- Hans Verkoren

Back to overview page

### Profile:

Michel Tilmant has been chairman of the Executive Board since 28 April 2004. He became a member of the Executive Board in 1998 and vice-chairman on 2 May 2000. Before joining ING, he was chairman of Bank Brussels Lambert (BBL), which was acquired by ING in 1997. Four Group staff departments report directly to Mr. Tilmant: Corporate Human Resources, Corporate Development, Corporate Communications & Affairs and Corporate Audit.

  – Last updated 28/4/04

**ATTACHMENT  B**





**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.42 |

Postmark AP 20 2005
04/20/2005

Sent To: ING Direct
Street, Apt. No.; or PO Box No. 1 South Orange St.
City, State, ZIP+4 Wilmington, DE 19801-5144

PS Form 3800, June 2002      See Reverse for Instructions

7003 1680 0004 0821 2961

```
          FALMOUTH POSTAL STORE
            FALMOUTH, Virginia
                224066470
             5176530403-0097
04/20/2005   (800)275-8777      11:41:57 AM

------------ Sales Receipt ------------
Product        Sale   Unit      Final
Description     Qty   Price     Price

WILMINGTON DE 19801              $0.37
First-Class
  Return Receipt (Green Card)    $1.75
  Certified                      $2.30
  Label Serial #: 70031680000408212961
                               ==========
        Issue PVI:               $4.42

$7.40 Flag        1    $7.40     $7.40
PSA Dbl-Sd Bk
                               ----------
Total:                          $11.82

Paid by:
  Cash                          $12.00
  Change Due:                   -$0.18

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clickship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000302122352
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
       Thank you for your business.
            Customer Copy
```



**SENDER: COMPLETE THIS SECTION**    **COMPLETE THIS SECTION ON DELIVERY**

ING Direct
1 South Orange St.
Wilmington DE

7003 1680 0004 0821 2961

**ATTACHMENT  C1**

148 Preston Circle
Fredericksburg, VA 22406
April 19, 2005

ING Direct
New Accounts Department
1 South Orange Street
Wilmington, DE 19801

RE: 1 Year CD

Dear Sir or Madam:

Please open a new one-year CD account with the enclosed cashier's check for $500.00 and with the enclosed identification. I understand that your rates are 3.45% annually as of 03/30/05.

**NAME:** Philip Tinsley III          SSN: 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
**ADDRESS:** Same as above

Thank you for your services!

Sincerely yours,

Philip Tinsley, III

Enc.

**ATTACHMENT C2**

CREDIT UNION FAMILY SERVICE CENTER
6314 Springfield Plaza
Springfield, Va. 22150-3431

MEMBER COPY

224-047604

March 31, 2005

Op: 2453
Payee: PHILIP TINSLEY III

Remitter: HERMIONE B. TINSLEY

Amount:   $500.00
Fee:        $1.00
Total:    $501.00

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

STOP PAYMENTS MAY ONLY BE PLACED ON CHECKS THAT ARE LOST, STOLEN, OR DESTROYED.
REPLACEMENT CHECKS MAY BE ISSUED AFTER 60 CALENDAR DAYS.

ATTACHMENT   C3



**Save Your Money**

## Get a guaranteed 3.45% APY on a 1-year Orange CD!
## No Minimums. No Fees. Safe, secure and simple!

Why juggle risky investments when you can lock in a great guaranteed return from ING DIRECT? With the FDIC insured Orange Certificate of Deposit you can earn a high **3.45% Annual Percentage Yield** on a 1-year CD (effective since 03/30/05 ).

Or select from a variety of terms on CDs:



| Term | APY | Interest Rate | Effective Date |
|------|-----|---------------|----------------|
| 1 Year | 3.45% | 3.45% | 03/30/05 |
| 2 Years | 4.00% | 4.00% | 03/30/05 |
| 3 Years | 4.25% | 4.25% | 03/30/05 |
| 4 Years | 4.40% | 4.40% | 03/30/05 |
| 5 Years | 4.50% | 4.50% | 03/30/05 |



The great news is there are no fees and no minimums. That's right, you can open any of our CDs for whatever amount you wish and still get a great rate!

It's easy. You can open online right now and have your CD in less than 5 minutes! Save Your Money with ING DIRECT.

**Open Now**          **Learn More**



ING Bank, fsb
MEMBER FDIC

**ATTACHMENT  C4**



| Registered No. | RR302879497US | | Date Stamp |
|---|---|---|---|

**To Be Completed By Post Office**

| | | | |
|---|---|---|---|
| Reg. Fee $ | $7.50 | | 0405 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.75 |
| Postage $ | $1.60 | Restricted Delivery $ | $0.00 |
| Received by | R.D | | 05/06/2005 |

Portable insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance |
|---|---|---|

FROM
Philip Tinsley III
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

TO
ING Group
P.O. Box 810
1000 AV Amsterdam
the Netherlands

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

```
             FALMOUTH POSTAL STORE
              FALMOUTH, Virginia
                  224066470
               5176530403-0097
05/06/2005     (800)275-8777    09:22:14 AM

============ Sales Receipt ============
Product       Sale    Unit      Final
Description    Qty    Price      Price

Netherlands - Air                    $1.60
Letter-post
  Return Receipt                     $1.75
  Registered                         $7.50
    Insured Value :        $0.00
    Article Value :        $0.00
    Label Serial #.  RR302879497US
                                  ==========
            Issue PVI:              $10.85

Total:                              $10.85

Paid by:
Cash                                $11.00
Change Due:                         -$0.15

Bill#:  1000302141071
Clerk:  13

--- All sales final on stamps and postage. ---
    Refunds for guaranteed services only.
       Th        for your business.
```

**ATTACHMENT D**

148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

I have not yet received confirmation of my five hundred dollar, one-year certificate of deposit (CD) with your bank. Your bank received the five hundred dollar cahier's check from the Credit Union Family Service Center, No. 224-047604, via international registered mail during the month of May of 2005.

Please send confirmation of my one-year CD with your bank as soon as possible. Thank you.

Sincerely yours,

Philip Tinsley, III

Enclosures (4 pages)

**Sent by Facsimile**

**ATTACHMENT E1**

ontact Us



**Please note that you are on ING's corporate website.**

**ING Group head office**
ING House
Amstelveenseweg 500
1081 KL Amsterdam, the Netherlands
Tel: +31 20 541 5411
Fax: + 31 20 541 5497

For specific information about your account or products and services, please go to ING worldwide.

If you are a:

- US customer, log in via US Customer Service .
- ING Direct Customer, go to www.ingdirect.com .
- Customer of ING Bank in the Netherlands, go to www.ingbank.nl.
- Customer of Postbank in the Netherlands, go to www.postbank.nl.

For questions about ING select a topic below.

**Please select a topic**

| - Select one | ▾ |

**ATTACHMENT  E2**

```
┌──────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT         │
└──────────────────────────────────────────┘
                              TIME  : 08/24/2005 13:40
                              NAME  : STAPLES 909
                              FAX   : 17038839254
                              TEL   : 17038830011
```

```
┌─────────────────────────────────────────────────────────────────┐
│  DATE,TIME          08/24  13:39                                   │
│  FAX NO./NAME       01131205415497                                 │
│  DURATION           00:01:40                                       │
│  PAGE(S)            05                                             │
│  RESULT             OK                                             │
│  MODE               FINE                                           │
│                     ECM                                            │
└─────────────────────────────────────────────────────────────────┘
```

148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

I have not yet received confirmation of my five hundred dollar, one-year
certificate of deposit (CD) with your bank. Your bank received the five hundred dollar
cahier's check from the Credit Union Family Service Center, No. 224-047604, via
international registered mail during the month of May of 2005.

Please send confirmation of my one-year CD with your bank as soon as possible.
Thank you.

Sincerely yours,

*Philip Tinsley, III*

**ATTACHMENT  E3**          Philip Tinsley, III

Enclosures (4 pages)



**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
8387C Leesburg Pike
TYSONS CORNER, VA 22182
(703) 883-0011

SALE                    243894 5 005 39933
                        0909 08/24/05 02:35

*********************************************

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing.  Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0100 0747 8514 4961

***Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.***

See store for rules.
Survey code expires 09/23/2005.
*********************************************

QTY SKU                      OUR PRICE


1   FAX INTL FIRST PG
    381672                      5.99N
4   FAX INTL ADDTL PG
    381676       3.990ea       15.96N
SUBTOTAL                       21.95
TOTAL                         $21.95

Cash                           22.00

Cash Change                     0.05

### TOTAL ITEMS   5


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



0909082405389933305



R&T#: 672466991  Account#: 6724669912400  Draft#: 47604  Amount$: 500.00  Date: 5/23/2005  S

R&T#: 672466991  Account#: 6724669912400  Draft#: 47604  Amount$: 500.00  Date: 5/23/2005  S

**ATTACHMENT  F**

**Registered No.** RR302878443US

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee $ | $7.50 | | |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.75 |
| Postage $ | $0.80 | Restricted Delivery $ | $0.00 |
| Received by | | | |

**Date Stamp**

10/06/2005

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse)

**FROM** Philip Tinsley III
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

**TO** Michel Tilmant, ING Group
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

virginia
224066470
5176530403-0097
10/06/2005    (800)275-8777    02:50:53 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Netherlands - Air Letter-post | | | $0.80 |
| Return Receipt | | | $1.75 |
| Registered | | | $7.50 |
| Insured Value : | | | $0.00 |
| Article Value : | | | $0.00 |
| Label Serial #: | RR302878443US | | |
| Issue PVI: | | | $10.05 |
| Total: | | | $10.05 |
| Paid by: | | | |
| Cash | | | $11.00 |
| Change Due: | | | -$0.95 |

Bill#: 1000302325617
Clerk: 05

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Th

---

**ATTACHMENT  G1**

148 Preston Circle
Fredericksburg, VA 22406
October 4, 2005

Michel Tilmant, Ch. Exec. Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
The Netherlands

RE: $500 CD

Dear Mr. Tilmant:

Apparently, you did not receive my fax of August 24, 2005, even though the transmission report stated that all five pages were transmitted without error to your office. It is now the 4th of October and I still have not received confirmation/certificate/account statement of my $500.00 CD with the ING Group.

I am sending this letter to you via USPS international, registered mail in the hope that I will promptly receive confirmation of my CD account with your bank.

Sincerely yours,

Philip Tinsley, III

**ATTACHMENT  G2**





**ATTACHMENT  H**

# ING DIRECT-USA Corporate Organizational Chart

