# EXHIBIT B

Case 1:05-cv-00808-KAJ    Document 13-3    Filed 03/16/2006    Page 1 of 2

## WAIVER OF SERVICE OF SUMMONS

TO:   Philip Tinsley, III
        148 Preston Circle
        Fredericksburg, VA 22406

      It has come to the attention of ING Bank, fsb (which trades as ING DIRECT) that you have filed an action styled Philip Tinsley, III v. ING Group and ING Direct, C.A. No. 05-808 in the United States District Court for the District of Delaware. You have failed to effect valid service of process on either defendant to date and, to our knowledge, you have not directed a request for waiver of service of summons to ING DIRECT.

      Nevertheless, for the purpose of bringing this matter to the Court for a swift adjudication, ING DIRECT agrees to save the cost of service of a summons and an additional copy of the complaint in this matter by not requiring that ING DIRECT be served with judicial process in the manner provided by FRCP 4. Please be advised that this waiver does not affect ING Group in any manner whatsoever and that I neither represent, act for nor bind ING Group in any manner whatsoever.

      ING DIRECT retains all defenses and objections, including but not limited to defenses and objections to the matters raised in the complaint and to the jurisdiction of the Court, except for objections based upon a defect in the summons or in the service of the summons.

      As you have at no time requested a waiver of service of summons from ING DIRECT, I understand that a judgment may be entered against ING DIRECT if an answer or motion under FRCP 12 is not served upon you within 60 days after the date of this waiver indicated below.

Date: 1/19/06

Jodie A. Paoletti
Assistant General Counsel
ING Bank, fsb