148 Preston Circle
Fredericksburg, VA 22406
March 23, 2006

Hon. Peter T. Dalleo
Clerk, U.S. District Court for
  the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

RE: Filing

Sir:

    Please file this "MOTION FOR WRIT OF MANDAMUS ..." in *Tinsley v. ING Group, Case No. 1-05-CV-808*, and return two (2) of the three (3) "FILED" "MOTION[s] ..." with a date/stamp on them to me via the postage paid means that I have provided (USPS Priority Mail with Signature Confirmation, Article No. 2303 3090 0000 0074 9017).

    This mailing has been sent to you via USPS Express Mail, Tracking No. EQ 336606807 US.

Very truly yours,

*Philip Tinsley, III*

Philip Tinsley III
Pro Se Plaintiff

Enclosures (12 pages x 3)

