**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Civil Action, File No. 1-05-CV-808 KAJ

| | |
|---|---|
| TINSLEY ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MOTION FOR WRIT OF MANDAMUS TO** |
| ) | **COMPEL CLERK TO OBEY THE FEDERAL** |
| ) | **RULES OF CIVIL PROCEDURE** |
| ING GROUP ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Plaintiff, in pro se, demands that the Hon. Peter T. Dalleo, the Clerk of this Court, obeys and executes Rule 55 of the *Federal Rules of Civil Procedure* (FRCP), and in support of his motion/writ of mandamus (see 28 U.S.C.A. § 1361) elects to file a MEMORANDUM OF LAW:

I. This pro se plaintiff is a voting eligible citizen of these United States of America and has all rights and privileges under the U.S. Constitution and the United States Code (see Preamble, Vth Amendment, and 42 U.S.C.A. § 1981). This Court has full responsibility to the U.S. Constitution and the United States Code (see Article III and 28 U.S.C.A. §§ 1331 & 1331, respectively).

II. Jurisdiction of this Court was established in the "COMPLAINT", filed on November 22, 2005, at 12:16 PM.

III. The criteria for mandamus has been met (see 9 *Federal Supplement* 422 & 423)
  A. There is no judicial "ORDER" or ruling in this civil action from which to file an appeal in the U.S. Court of Appeals.

    **B.** A "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" was filed on February 6, 2006, and the Clerk has had more than twenty-one (21) days plus three (3) days (see Rules 4, 12, 6(e) & 55 FRCP) to make/enter the award or to make the decision to re-serve the "COMPLAINT" via U.S. District Court/U.S. Government service and send me a copy.

    **C.** All other judicial remedies have been exhausted (see "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and Rule 55 FRCP).

    **D.** Money was requested in the initial "COMPLAINT" and money was demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT".

**IV.** Since the defendant, the ING Group; has defaulted according to the FRCP (see Rules 7(a), 5(e) & 55 FRCP); has been given "... due process of law ..." under the Vth Amendment; has not rendered the monies demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT", the Clerk, Peter T. Dalleo, has a constitutional responsibility to make/render the award to this pro se plaintiff (see Vth Amendment, 42 U.S.C.A. § 1981, and 5 U.S.C.A. §§ 3331 & 3333).

**V.** The reason for granting this motion/writ of mandamus is the failure of the Clerk/Court to make the award demanded in the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT", $2,000,000 plus the stolen money. This pro se plaintiff, once again, demands those awards/monies.

## CONCLUSION

The country of the Netherlands appears to facing a new and great crisis; that crisis is one of *mendacity* in its topmost executives and in its governing and ruling persons. A crime was committed in Amsterdam, the Netherlands, so rather than publically denounce a world renowned Dutch bank as a [g]roup of "racist thieves", a formal complaint was filed in the U.S. District Court system of the United States of America which is also fraught with *corruption* (see *Tinsley*

*v. Gonzales, Case No. 1:06CV00429*, U.S. Dist. Ct. Dist. DC). The CEO and Chairman of the ING Group, Michel Tilmant, was served with the formal complaint via international registered mail (see "COMPLAINT", filed on November 22, 2005, in this case) and failed to secure legal counsel to file answer and also failed to return the money which was stolen in his country of the Netherlands. Finally, after defaulting and being served with the "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT", Michel Tilmant has failed to remit the $2,000,000.00 default money (see also *Bell, Tinsley & Tinsley v. Bank of America, Case No. 2:00CV880*, U.S. Dist. Ct. E.D. VA [Norfolk Division]; *Tinsley v. FleetBoston Financial Corp., Case No. 00-2147-A*, U.S. Dist. Ct. E.D. VA [Alexandria Division]; *Tinsley v. Swift, Case No. 02CV11327 MEL*, U.S. Dist. Ct. Dist. MA; *Tinsley v. Military Bank of Bank of America, Case No. SA-03-CA-0392 RF*, U.S. Dist. Ct. W.D. TX [San Antonio Division]; *Tinsley v. Zions Bank Corp, 2:03CV00682 DB*, U.S. Dist. Ct. Dist. UT [Salt Lake City Division]; and *Tinsley v. Omaha State Bank, Case No. 8:05CV311*, U.S. Dist. Ct. Dist. NE [Omaha Division]). The reason a wealth person such as Michel Tilmant would allow the ING Group to steal $500.00 from a minority person of modest means is totally beyond this pro se plaintiff's comprehension ... .

The honest, common person relies heavily on his or her country's Ministers to protect him or her from financial injury by corporate businesses, organized crime, and government corruption. Fortunately, the Dutch citizens have a firm commitment as well as documented statements by the Dutch Minister of Justice on "... [c]rime [p]revention and the [t]reatment of [o]ffenders" (see *Address of the Minister for Justice of the Netherlands, His Excellency Benk Korthals 10th Congress on Crime Prevention and the Treatment of Offenders*, Vienna, 15 April 2000). However, it is this pro se plaintiff's firm conviction that when a crime is committed in the Netherlands against an honest citizen of the United States; it is the Dutch Minister of Justice's responsibility as well ... especially when an upper echelon Dutch bank in Amsterdam has **defaulted** on charges of *international racketeering*. The Dutch Minister of Justice has not responded ... (see *ATTACHMENTS A & B*).

The *1st Charter of Virginia*, 1606, allows "... Christian [Queens] ..." sovereignty in the Commonwealth of Virginia, so given the fact that this pro se plaintiff was born and raised in the Commonwealth of Virginia and given the fact that the crime occurred in Amsterdam, the

-3-

Netherlands, Her Majesty Queen Beatrix of the Netherlands was contacted via facsimile (see *ATTACHMENT C*) and given full disclosure of the federal lawsuit against the ING Group/Michel Tilmant (see *ATTACHMENTS D1 & D2*). Queen Beatrix's legal education (see *ATTACHMENT E*) combined with facsimiles of this U.S. District Court's case, *Tinsley v. ING Group*, should have elicited at least a delayed if not timely response from Her or Her Court; however, no response concerning the felonious guilt of Michel Tilmant/ING Group or the nonpayment of the $2,000,000 by the Dutch bank was ever received by this pro se plaintiff.

The Hon. Peter T. Dalleo, the Clerk of this Court, must prepare, file, and serve the "DEFAULT ORDER/AWARD", since he did not file an objection/denial to my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT"; the Clerk of the Court is in control of the docket and the calendar (see Rules 77 & 79 FRCP).

Dated this 23rd day of March, 2006

By _/s/ Philip Tinsley III_
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0442 7545, 7005 2570 0001 0442 7552 & 7005 2570 0001 0442 7569, respectively)

H.E. Mr. Jan Eliasson
President of the United Nations
 General Assembly
New York, NY 10017

Hon. Alberto R. Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 4400
Washington, DC 20530-0001

U.S. Attorney
1201 N. Market Street
Wilmington, DE 19801-1147



Print Message | Close

| | | |
|---|---|---|
| From | : | \<noreply@postbus51.nl\> |
| To | : | \<hbtpt@netzero.com\> |
| Subject | : | Ontvangstbevestiging van uw e-mail aan Postbus 51. |
| Date | : | Thu, Mar 16, 2006 03:50 AM |

Uw e-mail bericht is ontvangen door de Postbus 51 Informatiedienst.
Wij doen ons uiterste best om uw vraag binnen twee werkdagen te beantwoorden.

Bestellingen kunt u zonder tegenbericht binnen een week op uw postadres verwachten.

Uw e-mail kenmerk is 288766

Met vriendelijke groet,

Postbus 51 Informatiedienst

---

We hereby acknowledge receipt of your e-mail. We will try our best to answer your question w

Orders will be delivered without notice at your postal address within one week.

Your e-mail reference is 288766

Yours sincerely,

Postbus 51 Information Service

---

Deze e-mail is gecontroleerd op alle bekende virussen.

http://webmailb.netzero.net/webmail/8?block=1&msgList=000026k0&folder=Inbox&dest...  3/16/2006

**ATTACHMENT A**



**NetZero Message Center**

Print Message | Close

From : "Regering" <regering@postbus51.nl>
To : <hbtpt@netzero.com>
Subject : Mendacity
Date : Mon, Mar 20, 2006 05:01 AM

Dear Mr Tinsley,

Thank you for your e-mail with reference number 288766.

The Postbus 51 Organisation is an Information Service of the Dutch government that provides about government policies. We need more information to answer your e-mail. Would you be so question? Please send your original e-mail.

We hope to have been of service.

Kind regards,

Ms H. ter Laak
Public Information Officer
Postbus 51 Informatiedienst

This message is intended solely for the addressee.
If you have received this message in error, please inform us immediately and delete its conten

-----Oorspronkelijk bericht-----

De oorspronkelijke afzender: hbtpt@netzero.com
Verzonden: 16-03-2006, 09:50:00

Betreft: Below is the result of your feedback form. It was submitted by
(hbtpt@netzero.com) on Thursday, March 16, 2006 at 09:46:14

bedrijf: -

naam: Tinsley

voorletters: PT III

geslacht: M

straat: Preston Circle

http://webmailb.netzero.net/webmail/8?block=1&msgList=00002hk0&folder=Inbox&dest...   3/20/2006

ATTACHMENT B

huisnummer: 148

postcode: 22406

woonplaats: Fredericksburg

landcode: U.S.A.

onderwerp: Mendacity

reactie: Please review Tinsley v. ING Group, Case No. 1-05-CV-808, in the U.S. District Court Delaware .... Expedient actions may avoid extreme embarrassment in the near future ... I hav( of your Minister of Justice on the internet.

---

Deze e-mail is gecontroleerd op alle bekende virussen.

---

Deze e-mail is gecontroleerd op alle bekende virussen.

The Dutch Royal House

# HET KONINKLIJK HUIS

## Contact

### Central postal address for the Royal House

Post for members of the Royal House can be sent to the following address:

**Noordeinde Palace**
**[Name of Royal House member]**
**Postbus 30412**
**2500 GK Den Haag**
**The Netherlands**

From there, it will be forwarded to the appropriate secretariat.

The correct way to start letters to members of the Royal House is as follows:

- Her Majesty the Queen: Your Majesty;
- HRH the Prince of Orange, HRH Princess Máxima, HRH Prince Constantijn, HRH Princess Laurentien and HRH Princess Margriet: Your Royal Highness;
- Pieter van Vollenhoven: Dear Mr Van Vollenhoven;
- The sons of Princess Margriet and their wives: Your Highness.

### Central postal address of the Ministry of General Affairs

The Government Information Service (RVD) provides information on the Royal House, government policy in general, and the Ministry of General Affairs. The RVD is part of the Ministry of General Affairs.

**RVD**
**Binnenhof 19**
**Postbus 20001**
**2500 EA Den Haag**
**The Netherlands**

tel.: +31 (0)70 356 4000
fax: +31 (0)70 356 4683

© RVD

http://www.koninklijkhuis.nl/english/content.jsp?objectid=8230      11/7/2005

**ATTACHMENT C**

**HEWLETT PACKARD hp officejet 6200 series**

Page
Philip Tinsley II
Friday, December 23, 2005 7:21:29 A

## Sent

| Date | Duration | Name | Fax Number | Pages | Status |
|---|---|---|---|---|---|
| 12/23/2005 7:16 AM | 2:56 | | 12023280466 | 7 | Completed |
| 12/23/2005 7:13 AM | 2:52 | | 12024830782 | 7 | Completed |
| 12/23/2005 7:09 AM | 3:09 | | 12025870195 | 7 | Completed |
| 12/23/2005 7:08 AM | 0:23 | | 12023287950 | 0 | Canceled |
| 12/22/2005 8:56 PM | 0:16 | | 0115511821932 | 0 | Canceled |
| 12/22/2005 8:55 PM | 0:19 | | 01155218219329 | 0 | Canceled |
| 12/22/2005 8:54 PM | 0:33 | | 01155118219329 | 0 | Canceled |
| 12/22/2005 8:47 PM | 6:07 | | 0112025754679 | 7 | Completed |
| 12/22/2005 8:41 PM | 5:06 | | 0116565345077 | 7 | Completed |
| 12/22/2005 8:37 PM | 3:06 | | 0116626794559 | 7 | Completed |
| 12/22/2005 8:00 PM | 0:32 | | 12022169676 | 1 | Completed |
| 12/22/2005 7:28 PM | 0:26 | | 12147670978 | 1 | Completed |
| 12/22/2005 7:27 PM | 0:27 | | 18005315717 | 1 | Completed |
| 12/22/2005 4:16 PM | 3:17 | | 16505081191 | 8 | Completed |
| 12/22/2005 4:10 PM | 0:12 | | 12128611789 | 0 | Canceled |
| 12/22/2005 12:36 PM | 0:55 | | 18002928177 | 2 | Completed |
| 12/22/2005 5:03 AM | 4:42 | | 011390812302767 | 8 | Completed |
| 12/22/2005 5:02 AM | 0:22 | | 01139812302767 | 0 | Canceled |
| 12/22/2005 4:57 AM | 3:43 | | 0114921615655520 | 8 | Completed |
| 12/22/2005 4:57 AM | 0:17 | | 0110812302767 | 0 | Canceled |
| 12/22/2005 4:56 AM | 0:20 | | 01139812302767 | 0 | Canceled |
| 12/21/2005 7:30 AM | 1:34 | | 17034485033 | 3 | Completed |
| 12/21/2005 5:58 AM | 4:06 | | 0118227811496 | 7 | Completed |
| 12/21/2005 5:53 AM | 4:18 | | 011582129595115 | 7 | Completed |
| 12/21/2005 5:46 AM | 6:36 | | 01121671380281 | 7 | Completed |
| 12/21/2005 5:30 AM | 2:32 | | 0114722048790 | 7 | Completed |
| 12/21/2005 5:27 AM | 0:26 | | 01122048790 | 7 | Canceled |
| 12/21/2005 5:24 AM | 2:56 | | 01131703564683 | 7 | Completed |
| 12/20/2005 3:51 PM | 2:07 | | 18005315717 | 5 | Completed |
| 12/20/2005 3:45 PM | 1:55 | | 18047712316 | 3 | Completed |

**ATTACHMENT D1**


## Sent

| Date | Duration | Name | Fax Number | Pages | Status |
|---|---|---|---|---|---|
| 2/11/2006 12:30 AM | 1:38 | | 12026476434 | 4 | Completed |
| 2/11/2006 12:26 AM | 2:21 | | 01114722048790 | 5 | Completed |
| 2/11/2006 12:23 AM | 2:07 | | 01114684026005 | 5 | Completed |
| 2/11/2006 12:20 AM | 1:59 | | 01131703564683 | 5 | Completed |
| 2/11/2006 12:14 AM | 1:39 | | 12023646511 | 4 | Completed |
| 2/10/2006 5:11 PM | 4:36 | | 12023872564 | 11 | Completed |
| 2/10/2006 5:06 PM | 4:10 | | 7414715 | 10 | Completed |
| 2/10/2006 4:58 PM | 4:11 | | 6584031 | 10 | Completed |
| 2/10/2006 4:54 PM | 4:08 | | 12026907203 | 10 | Completed |
| 2/10/2006 8:38 AM | 4:37 | | 13047664274 | 10 | Completed |
| 2/10/2006 8:36 AM | 2:01 | | 17576223959 | 3 | Completed |
| 2/10/2006 8:30 AM | 4:47 | | 17577275746 | 12 | Completed |
| 2/10/2006 8:24 AM | 4:38 | | 17576283566 | 10 | Completed |
| 2/10/2006 8:22 AM | 0:00 | | 13047664274 | 0 | Error: No answer |
| 2/10/2006 8:17 AM | 4:37 | | 13047689842 | 10 | Completed |
| 2/9/2006 8:27 PM | 0:46 | | 12023872564 | 2 | Completed |
| 2/9/2006 8:26 PM | 0:25 | | 7414715 | 1 | Completed |
| 2/9/2006 7:23 PM | 25:14 | | 12133839674 | 27 | Completed |
| 2/9/2006 6:16 PM | 0:21 | | 12123551124 | 1 | Completed |
| 2/9/2006 6:15 PM | 0:23 | | 12023872564 | 1 | Completed |
| 2/9/2006 6:13 PM | 0:32 | | 01141229179022 | 1 | Completed |
| 2/9/2006 6:05 PM | 4:08 | | 12123551124 | 10 | Completed |
| 2/9/2006 6:03 PM | 0:00 | | 12123551124 | 0 | Canceled |
| 2/9/2006 5:48 PM | 0:34 | | 12023872564 | 1 | Completed |
| 2/9/2006 5:46 PM | 0:32 | | 01141229179022 | 1 | Completed |
| 2/9/2006 3:11 PM | 10:39 | | 12023872564 | 26 | Completed |
| 2/9/2006 3:00 PM | 10:57 | | 01141229179022 | 26 | Completed |
| 2/9/2006 3:33 AM | 7:54 | | 01131703564683 | 19 | Completed |
| 2/9/2006 2:12 AM | 1:59 | | 12123551124 | 5 | Completed |
| 2/9/2006 2:09 AM | 2:00 | | 01131703649928 | 5 | Completed |

**ATTACHMENT D2**

# HET KONINKLIJK HUIS

## Education

In Canada, Princess Beatrix attended nursery and primary school. On her return to the Netherlands, she continued her primary education at The Workshop (De Werkplaats), Kees Boeke's progressive school in Bilthoven.

In April 1950, Princess Beatrix entered the Incrementum, part of the Baarns Lyceum, where she passed her school-leaving examinations in arts subjects and classics in 1956.

## University

In the same year, the Princess enrolled as a student at Leiden University. She was also an active member of the Leiden Women Students' Association. In her first years at university, she attended lectures in sociology, jurisprudence, economics, parliamentary history and constitutional law. Later she also attended lectures on the cultures of Suriname and the Netherlands Antilles, the Charter of the Kingdom of the Netherlands, international affairs, international law, history and European law.

While at university, the Princess visited various European and international organisations in Geneva, Strasbourg, Paris and Brussels. In the summer of 1959, she passed her preliminary examination in law, and obtained her degree in July 1961.

In 2005, the Queen received an honorary doctorate from the University of Leiden, in recognition of the attention she has focused on freedom and the responsibilities that go with it.

© RVD

http://www.koninklijkhuis.nl/english/content.jsp?objectid=5490

11/7/2005

**ATTACHMENT E**

