OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 24, 2006

TO:   Philip Tinsley, III
      148 Preston Circle
      Fredericksburg, VA 22406-5144

*RE:*   **Tinsley v. ING Group**
      CA 05-808 KAJ

Dear Mr. Tinsley:

    Please find enclosed an additional copy of the Memorandum Order dated March 3, 2006 denying your Motion for Entry of Default. We are sending you an additional copy of Judge Jordan's Order in response to the Motion for Writ of Mandamus filed with the Court by you on March 24, 2006.

    Your case is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

                              PETER T. DALLEO
                              CLERK

/rwc
cc: Honorable Kent A. Jordan
enc.