# Buchanan Ingersoll PC
ATTORNEYS

**David E. Wilks**
302 428 5551
wilksde@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

T 302 428 5500
F 302 428 3996

www.buchananingersoll.com

April 11, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re:   Tinsley v. ING Group, et al.

Dear Judge Jordan:

On March 16, 2006, we filed a motion to dismiss and opening brief in support thereof on behalf of ING DIRECT. We served Mr. Tinsley by mail on that day and calculate Mr. Tinsley's deadline for filing a response to our motion under Local Rule 7.1.2 to have been April 4, 2006. The docket reflects that Mr. Tinsley has not yet filed a response.

Accordingly, ING DIRECT respectfully requests that the Court enter an order granting ING DIRECT's motion to dismiss pursuant to FRCP 12(b)(6). Alternatively, ING DIRECT respectfully requests that the Court enter an order requiring plaintiff to file and serve his response to ING DIRECT's motion to dismiss by a date certain under penalty of dismissal of his claims.

We remain prepared to respond to Your Honor's questions and comments at any time.

Respectfully submitted,

David E. Wilks

DEW/las

cc:   Clerk
      Philip Tinsley, III (via Regular Mail and Certified Mail R.R.R.)

#761462-v1

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: California