IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP TINSLEY, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-808-KAJ |
| | ) | |
| ING GROUP and | ) | |
| ING DIRECT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 16, 2006, defendant ING Direct filed a motion to dismiss (D.I.
13).  Plaintiff has failed to respond to the motion.  Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in
response to the motion on or before May 12, 2006, or this case will be dismissed
against the moving defendant.

_____
UNITED STATES DISTRICT JUDGE

Dated:  April 13, 2006
Wilmington, Delaware