IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP TINSLEY, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 05-808-KAJ |
| ING GROUP and ING DIRECT, | ) ) ) ) |
| Defendants. | ) ) |

### MOTION TO DISMISS

ING Groep, N.V. hereby moves to dismiss the complaint in this matter for the reasons set forth in the accompanying Opening Brief.

Respectfully submitted,

BUCHANAN INGERSOLL PC

David E. Wilks (Del. I.D. # 2793)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801-1236
Telephone: (302) 428-5500
*Attorneys for ING Groep, N.V.*

DATED: April 14, 2006