# EXHIBIT A

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| PHILIP TINSLEY III | ING GROUP     05 - 808 |

**(b)** County of Residence of First Listed Plaintiff  Stafford VA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayments | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USCA Sec. 1961 (1) (A) & (B) and 18 USCA Sec. 1341, Notes 57, 60 & 63
Brief description of cause:
Willful negligence by the defendant

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $2,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                DOCKET NUMBER

DATE  11/21/2005

SIGNATURE OF ATTORNEY OF RECORD   _Philip Tinsley III_  PRO SE

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 548-4675

      **Plaintiff,**

      **v.**

ING GROUP
ING Direct
1 South Orange Street
Wilmington, DE 19801

Tel. (800) 464-3473

      **Defendant.**

Case No.  0 5 -  8 0 8  _____

---

## COMPLAINT

**Introduction**-This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1961 (1) (A) & (B) and under 18 U.S.C.A. § 1341, Notes 57, 60 & 63.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §s 1331 & 1332. The amount of monetary damages requested is TWO MILLION DOLLARS ($2,000,000).

2. The pro se plaintiff is a voting eligible citizen of the United States of America and a resident of the Commonwealth of Virginia.

-1-

3. The defendant, ING Group, is a financial institution (see 15 U.S.C.A. §
   80a-3) located in Amsterdam, The Netherlands with a banking division, ING
   Direct, located in Wilmington, DE (see *ATTACHMENTS A1 & A2*), but no
   branches or offices in the Commonwealth of Virginia (see 12 U.S.C.A. and §6.1
   Code Of Virginia).

4. The "COMPLAINT", notice of lawsuit, and waiver of summons forms are
   being served upon the CEO and Chairman Executive Board of ING Group,
   Michel Tilmant (see *ATTACHMENT B*), Corporate Affairs, Location IH
   07.550, P.O. Box 810, 1000 AV Amsterdam, The Netherlands; and the U.S.
   Attorney, 1201 N. Market Street, Wilmington, DE 19801-1147, under Rules
   4(d)(2), 4(d)(3) & 4(h) and C4-19 of the *Federal Rules Of Civil Procedure*.

5. **Facts Of Claim**
   a. On 04/20/2005 this pro se plaintiff sent a request via certified, return receipt
      mail with identification to ING Direct to open an one-year CD with an
      enclosed cashier check for $500.00 (see *ATTACHMENTS C1- C5*).
   b. The request letter and cashier's check were received and signed for by
      "Andrew Swarter" of ING Direct (see *ATTACHMENT C1*).
   c. On 05/05/2005 this pro se plaintiff received the $500.00 cashier's check of
      his 04/20/2005 mailing to ING Direct requesting that additional information
      be supplied.  Since this was unnecessary, this pro se plaintiff decided to send
      his one-year CD request to the ING Group in Amsterdam, The Netherlands.
   d. On 05/06/2005 this pro se plaintiff sent all of the contents of the 04/20/2005
      mailing (see *ATTACHMENTS C1-C5*) to the ING Group in Amsterdam, The
      Netherlands via international registered mail (see *ATTACHMENT D*)
      requesting that his one-year CD account be opened.
   e. By 08/23/2005 this pro se plaintiff had still not received confirmation of his
      new CD account with the ING Group, so on 08/24/2005 a letter with
      enclosures was faxed to Michel Tilmant, the CEO and Chairman Executive

Board of ING Group, requesting confirmation of his new CD account (see *ATTACHMENTS E1-E4*).

f. By 10/03/2005, this pro se plaintiff still had not received confirmation of his one-year CD account with the ING Group/ING Direct, so on 10/04/2005 an excursion was made to the Credit Union Family Service Center in Springfield, VA to obtain a reissue/new $500.00 cashier's check. A customer service representative at the Credit Union Family Service Center, Ms. Minh, discovered that the ING Bank in Amsterdam, The Netherlands had cashed/deposited my $500.00 cashier's check on 05/23/2005 (see *ATTACHMENT F*).

g. Not wishing to *leap* to conclusions, this pro se plaintiff mailed a letter via international registered mail (see *ATTACHMENTS G1 & G2*) to Michel Tilmant, the CEO and Chairman Executive Board of ING Group, requesting confirmation of his new CD account. The letter was received by Michel Tilmant, the CEO and Chairman Executive Board of ING Group (see *ATTACHMENT H*). It has been over five (5) months since the ING Group in Amsterdam, the Netherlands cashed/deposited the $500.00 cashier's check; however, this pro se plaintiff still has not received confirmation of his new CD account.

6. **Violations of 18 U.S.C.A. § 1961 (1) (A) & (B)**

a. The ING Group/ING Bank has committed a "... robbery ..." by cashing/depositing the $500.00 cashier's check and by not opening the CD account, and by not returning the $500.00.

b. The act of stealing or robbing articles/money that arrive via the U.S. Postal System is an "... act which is indictable under ... [title 18] section 1341 ... [and] section 1344 ...".

c. By legal definition the ING Group/ING Bank is guilty of violating this Title and Section of the United States Code on prima facie evidence (see *ATTACHMENT F*).

-3-

7. **Violation of 18 U.S.C.A. § 1341, Notes 57, 60 & 63**

    a. Michel Tilmant is a bank official at the ING Group. He was contacted directly via facsimile and directly via international registered mail and given complete *knowledge* of the request, identification, and the $500.00 cashier's check/*money*, he did not respond to this pro se plaintiff (see *ATTACHMENTS E1-E4, G1, G2 & H*).

    b. This pro se plaintiff's $500.00 cashier's check was cashed/deposited in Amsterdam, The Netherlands after receipt of the *first* international registered mailing (see *ATTACHMENTS C1-C5, D & F*). This involves this pro se plaintiff's *money*.

    c. "Reckless indifference alone will support mail fraud conviction." Michel Tilmant/ING Group/ING Bank is/are guilty of violating this Title, Section, and its associated Notes based upon prima facie evidence.

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, the Omaha State Bank for:

    **TWO MILLION DOLLARS ($2,000,000)** for violating 18 U.S.C.A. § 1961 (1) (A) & (B) and 18 U.S.C.A. § 1341, Notes 57, 60 & 63, through willful negligence demonstrating breach of duty, causation, and psychological distress.

---

    Plaintiff requests a Trail by Jury

                          Dated this 21st day of November, 2005

                          By _____
                             Philip Tinsley, III in Pro Se
                             148 Preston Circle
                             Fredericksburg, VA 22406
                             Tel. (540) 548-4675

-4-

cc: (via international, registered, return receipt mail & certified, return receipt mail Article
No. 7005 0390 0005 2039 1248, respectively)

    Michel Tilmant, CEO & Chairman
     Executive Board
    Corporate Affairs
    Location IH 07.550
    P.O. Box 810
    1000 AV Amsterdam
    The Netherlands

    U.S. Attorney
    1201 N. Market St.
    Wilmington, DC 19801-1147

# ING 

ING Groep N.V., a publicly-listed company, is the parent of two main legal entities: ING Bank N.V. (ING Bank) and ING Verzekeringen N.V. (ING Insurance).

Dutch law prohibits combining banking and insurance activities within one legal entity because of contagion risk. This requirement is consistent with European directives dating from the early 1970s. However, banks and insurers (as well as securities institutions) are allowed to be part of one company (for instance, for commercial reasons), provided that certain risk management procedures are in place. All of ING's global activities – provided the Group owns a majority share – are in principle part of either ING Bank or ING Insurance.

ING Bank is the parent company of various Dutch and foreign banks. ING Insurance is not an actual insurance company; it is only a parent company. The various insurance companies that ING owns around the world belong to ING Insurance.

Both ING Bank N.V. and the Dutch insurance companies which are owned by ING Verzekeringen Nederland N.V. (ING Insurance Netherlands) are regulated by the Dutch Central Bank (DNB). DNB focuses on 'Prudential supervision' (the health of financial institutions). DNB is part of the European System of Central Banks (ESCB). The other Dutch financial sector supervisor, the Netherlands Authority for the Financial Markets, is responsible for 'conduct of business supervision' (assessing the behaviour of players in the Dutch financial markets)

**Related Links**

- Dutch Central Bank
- AFM

· Last updated 10/6/05

**ATTACHMENT A1**

ING affiliates work with individuals, employers and institutions to provide financial solutions through the use of innovative products, services and strategies. Our customers enjoy the benefits of working with a world-class provider of highly competitive integrated financial products and services.

For more customer service information, you're invited to go to our online Customer Service Center.

Annuities | Life Insurance | Retirement Plans | Mutual Funds | Banking | Broker/Dealers | Trusts | Institutional Markets | Other

Banking

ING Direct
1 South Orange Street
Wilmington, DE 19801
Tel. 800.464.3473
Fax. 302.658.7707
Website: www.ingdirect.com

**ATTACHMENT  A2**



## Michel Tilmant, CEO and Chairman Executive Board of ING Group

**Personal Details:**

Date of birth:   21 July 1952
Nationality:     Belgian

Curriculum
vitae
Photos



**Profile Executive Board Members**

- Michel Tilmant
- Cees Maas
- Eric Boyer de la Giroday
- Fred Hubbell
- Eli Leenaars
- Alexander Rinnooy Kan
- Hans Verkoren

Back to overview page

**Profile:**

Michel Tilmant has been chairman of the Executive Board since 28 April 2004. He became a member of the Executive Board in 1998 and vice-chairman on 2 May 2000. Before joining ING, he was chairman of Bank Brussels Lambert (BBL), which was acquired by ING in 1997. Four Group staff departments report directly to Mr. Tilmant: Corporate Human Resources, Corporate Development, Corporate Communications & Affairs and Corporate Audit.

  - Last updated 28/4/04

**ATTACHMENT B**



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

WILMINGTON DE 19801

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.42 |

Postmark APR 20 2005
04/20/2005

Sent To ING Direct
Street, Apt. No.; or PO Box No. 1 South Orange St.
City, State, ZIP+4 Wilmington DE 19801-5744

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0004 0821 2961

```
      FALMOUTH POSTAL STORE
       FALMOUTH, Virginia
           224066470
        5176530403-0097
04/20/2005   (800)275-8777   11:41:57 AM

========= Sales Receipt =========
Product        Sale   Unit    Final
Description     Qty   Price   Price

WILMINGTON DE 19801               $0.37
First-Class
  Return Receipt (Green Card)     $1.75
  Certified                       $2.30
  Label Serial #: 70031680000408212961
                                 --------
          Issue PVI:              $4.42

$7.40 Flag      1    $7.40       $7.40
PSA Dbl-Sd Bk
                                 ========
Total:                          $11.82

Paid by:
.Cash                           $12.00
Change Due:                     -$0.18

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clickNship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000302122352
Clerk:  13

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
            Customer Copy
```



7003 1680 0004 0821 2961

**ATTACHMENT C1**

148 Preston Circle
Fredericksburg, VA 22406
April 19, 2005

ING Direct
New Accounts Department
1 South Orange Street
Wilmington, DE 19801

RE: 1 Year CD

Dear Sir or Madam:

    Please open a new one-year CD account with the enclosed cashier's check for $500.00 and with the enclosed identification. I understand that your rates are 3.45% annually as of 03/30/05.

    **NAME:** Philip Tinsley III       SSN: 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
    **ADDRESS:** Same as above

    Thank you for your services!

Sincerely yours,

Philip Tinsley, III

Enc.

**ATTACHMENT C2**

CREDIT UNION FAMILY SERVICE CENTER
6314 Springfield Plaza
Springfield, Va. 22150-3431

MEMBER COPY

224-047604

Op: 2453
Payee: PHILIP TINSLEY III

Remitter: HERMIONE B. TINSLEY

Amount:     $500.00
Fee:          $1.00
Total:      $501.00

March 31, 2005

PLEASE DETACH AND RETAIN FOR YOUR RECORD

STOP PAYMENTS MAY ONLY BE PLACED ON CHECKS THAT ARE LOST, STOLEN, OR DESTROYED.
REPLACEMENT CHECKS MAY BE ISSUED AFTER 90 CALENDAR DAYS.

**ATTACHMENT  C3**



# Get a guaranteed 3.45% APY on a 1-year Orange CD!
# No Minimums. No Fees. Safe, secure and simple!

Why juggle risky investments when you can lock in a great guaranteed return from ING DIRECT? With the FDIC insured Orange Certificate of Deposit you can earn a high **3.45% Annual Percentage Yield** on a 1-year CD (effective since 03/30/05 ).

Or select from a variety of terms on CDs:

| Term | APY | Interest Rate | Effective Date |
|------|-----|---------------|----------------|
| 1 Year | 3.45% | 3.45% | 03/30/05 |
| 2 Years | 4.00% | 4.00% | 03/30/05 |
| 3 Years | 4.25% | 4.25% | 03/30/05 |
| 4 Years | 4.40% | 4.40% | 03/30/05 |
| 5 Years | 4.50% | 4.50% | 03/30/05 |





The great news is there are no fees and no minimums. That's right, you can open any of our CDs for whatever amount you wish and still get a great rate!

It's easy. You can open online right now and have your CD in less than 5 minutes! Save Your Money with ING DIRECT.

**Open Now**          **Learn More**



**ATTACHMENT  C4**



**ATTACHMENT C5**

| Registered No. | RR302879497US | Date Stamp |
|---|---|---|

| | | | |
|---|---|---|---|
| Reg. Fee $ | $7.50 | | 0409 |
| Handling $ Charge | $0.00 | Return $ Receipt $1.75 | 13 |
| Postage $ | $1.60 | Restricted $ Delivery $0.00 | 05 AUG 2005 |
| Received by | R.D. | | |

Customer Must Declare
Full Value $
$0.00

☐ With Postal Insurance
☒ Without Postal Insurance

FROM

Philip Tinsley III
148 Preston Circle
Fredericksburg, VA 22406-5144
USA

TO

ING Group
P.O. Box 810
1000 AV Amsterdam
the Netherlands

PS Form 3806,
June 2002      **Receipt for Registered Mail**      Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             6176530403-0097
  05/06/2005   (800)275-8777   09:22:14 AM
  ========================================
                Sales Receipt
  Product       Sale    Unit      Fir-
  Description    Qty    Price     Price
  ----------------------------------------
  Netherlands - Air                $1.60
  Letter-post
    Return Receipt                 $1.75
    Registered                     $7.50
     Insured Value :       $0.00
     Article Value :       $0.00
     Label Serial #.  RR302879497US
                               =========
            Issue PVI:          $10.85

  Total:                          $10.85

  Paid by:
  Cash                            $11.00
  Change Due:                     -$0.15

  Bill#:  1000302141071
  Clerk:  13

  -- All sales final on stamps and postage. --
     Refunds for guaranteed services only.
     Th       f-- your business.
```

## ATTACHMENT D

148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

    I have not yet received confirmation of my five hundred dollar, one-year certificate of deposit (CD) with your bank. Your bank received the five hundred dollar cahier's check from the Credit Union Family Service Center, No. 224-047604, via international registered mail during the month of May of 2005.

    Please send confirmation of my one-year CD with your bank as soon as possible. Thank you.

Sincerely yours,

Philip Tinsley, III

Enclosures (4 pages)

**Sent by Facsimile**

**ATTACHMENT  E1**

ontact Us



**Please note that you are on ING's corporate website.**

**ING Group head office**
ING House
Amstelveenseweg 500
1081 KL Amsterdam, the Netherlands
Tel: +31 20 541 5411
Fax: + 31 20 541 5497

For specific information about your account or products and services, please go to ING worldwide.

If you are a:

- US customer, log in via US Customer Service .
- ING Direct Customer, go to www.ingdirect.com .
- Customer of ING Bank in the Netherlands, go to www.ingbank.nl.
- Customer of Postbank in the Netherlands, go to www.postbank.nl.

For questions about ING select a topic below.

**Please select a topic**

| - Select one    ⊻ |

**ATTACHMENT  E2**

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
                        TIME  :  08/24/2005 13:40
                        NAME  :  STAPLES 909
                        FAX   :  17038039254
                        TEL   :  17038030811
```

```
┌──────────────────────────────────────────────────────────────────┐
│  DATE,TIME              08/24  13:39                                │
│  FAX NO./NAME           01131205415497                             │
│  DURATION               00:01:40                                   │
│  PAGE(S)                05                                          │
│  RESULT                 OK                                          │
│  MODE                   FINE                                       │
│                         ECM                                        │
└──────────────────────────────────────────────────────────────────┘
```

148 Preston Circle
Fredericksburg, VA 22406
August 23, 2005

Michel Tilmant, Chairman Executive Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

RE: New Account

Dear Mr. Tilmant:

I have not yet received confirmation of my five hundred dollar, one-year certificate of deposit (CD) with your bank. Your bank received the five hundred dollar cahier's check from the Credit Union Family Service Center, No. 224-047604, via international registered mail during the month of May of 2005.

Please send confirmation of my one-year CD with your bank as soon as possible. Thank you.

Sincerely yours,

*Philip Tinsley, III*

**ATTACHMENT  E3**

Philip Tinsley, III

Enclosures (4 pages)



**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
8387C Leesburg Pike
TYSONS CORNER, VA 22182
(703) 883-0011

SALE                     243694 5 005 39933
                         0909 08/24/05 02:35

\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing. Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0100 0747 8514 4961

\#\#\#Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.\#\#\#

See store for rules.
Survey code expires 09/23/2005.
\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#\#

| QTY | SKU | | OUR PRICE |
|-----|-----|--|-----------|
| 1 | FAX INTL FIRST PG | | |
| | 381672 | | 5.99N |
| 4 | FAX INTL ADDTL PG | | |
| | 381676 | 3.990ea | 15.96N |
| | SUBTOTAL | | 21.95 |
| | TOTAL | | $21.95 |
| | Cash | | 22.00 |
| | Cash Change | | 0.05 |

### TOTAL ITEMS   5

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



0 9 0 9 0 8 2 4 0 5 3 8 9 3 3 0 5



R&T#: 672466991   Account#: 6724669912400   Draft#: 47604   Amount$: 500.00   Date: 5/23/2005   S

R&T#: 672466991   Account#: 6724669912400   Draft#: 47604   Amount$: 500.00   Date: 5/23/2005   S

**ATTACHMENT  F**

**Registered No.** RG302878443US

| To Be Completed By Post Office | Reg. Fee $ | $7.50 | | |
|---|---|---|---|---|
| | Handling Charge $ | $0.00 | Return Receipt $ | $1.75 |
| | Postage $ | $0.80 | Restricted Delivery $ | $0.00 |
| | Received by | | | |

Date Stamp

Customer Must Declare Full Value $ — With Postal Insurance / ☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**FROM**
Philip Tinsley III
148 Boston Circle
Fredericksburg, VA 22406-5144
USA

**TO**
Michel Tilquin, INK Group
Amstelveenseweg 500
1081 KL Amsterdam
the Netherlands

PS Form 3806, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com*®

---

[...]nville Virginia
224066470
517653D403-0097
10/06/2005    (800)275-8777    02:50:53 PM

```
         Sales Receipt
Product        Sale  Unit   Final
Description     Qty  Price  Price

Netherlands - Air                $0.80
Letter-post
   Return Receipt                $1.75
   Registered                    $7.50
   Insured Value :       $0.00
   Article Value :       $0.00
   Label Serial #:  RR302878443US
                *********
             Issue PVI:         $10.05
                                =======
Total:                          $10.05

Paid by:
Cash                            $11.00
Change Due:                     -$0.95

Bill#:  3000302325617
Clerk:  05

-- All sales final on stamps and postage. --
   Refunds for guaranteed services only.
                  T[...]
```

**ATTACHMENT  G1**

148 Preston Circle
Fredericksburg, VA 22406
October 4, 2005

Michel Tilmant, Ch. Exec. Board
ING Group
ING House
Amstelveenseweg 500
1081 KL Amsterdam
The Netherlands

RE: $500 CD

Dear Mr. Tilmant:

    Apparently, you did not receive my fax of August 24, 2005, even though the transmission report stated that all five pages were transmitted without error to your office. It is now the 4th of October and I still have not received confirmation/certificate/account statement of my $500.00 CD with the ING Group.

    I am sending this letter to you via USPS international, registered mail in the hope that I will promptly receive confirmation of my CD account with your bank.

Sincerely yours,

Philip Tinsley, III

**ATTACHMENT  G2**





**ATTACHMENT  H**