# Buchanan Ingersoll PC
ATTORNEYS

**Thad J. Bracegirdle**
302 428 5555
bracegirdletj@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

T 302 428 5500
F 302 428 3996
www.buchananingersoll.com

May 17, 2006

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re:   *Tinsley v. ING Group, et al.*, C.A. No. 05-808-KAJ

Dear Judge Jordan:

On April 13, 2006, Your Honor entered an order (D.I. 18) directing plaintiff to file an answering brief in response to defendant ING DIRECT's motion to dismiss on or before May 12, 2006. The order further provided that if plaintiff failed to file an answering brief by that date, his claims against ING DIRECT would be dismissed. As of today, plaintiff has not filed an answering brief with the Court and we have not been served with any such document. Accordingly, ING DIRECT respectfully requests that the Court grant its motion to dismiss. An implementing form of order is enclosed for Your Honor's consideration.

On April 14, 2006, Defendant ING Groep, N.V. ("ING Groep") similarly moved to dismiss plaintiff's claims and served plaintiff with copies of its motion and opening brief by First Class Mail. Pursuant to Local Rule 7.1.2, plaintiff's answering brief in response to ING Groep's motion to dismiss was due to be filed on or before May 3, 2006. As of today, the Court's docket indicates that plaintiff has not filed any such response. Accordingly, ING Groep respectfully requests that the Court, as it did with respect to ING DIRECT's motion, enter an order requiring plaintiff to file and serve a response to ING Groep's motion to dismiss by a date certain under penalty of dismissal of his claims. I have enclosed for Your Honor's consideration a proposed form of order that is materially the same as the order the Court entered on April 13, 2006.

I am available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully submitted,

Thad J. Bracegirdle

Enclosures

May 17, 2006
Page 2


cc: Clerk of the Court (via CM/ECF, w/encl.)
    Mr. Philip Tinsley, III (via First Class Mail and Certified Mail, w/encl.)

#765559-v1