IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP TINSLEY, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-808-KAJ |
| | ) | |
| ING GROUP and | ) | |
| ING DIRECT, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, on April 14, 2006, defendant ING Groep, N.V. filed a motion to dismiss (D.I. 19), and plaintiff has failed to respond to the motion;

THEREFORE, IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to the motion on or before _____, or this case will be dismissed against the moving defendant.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____
Wilmington, Delaware