IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP TINSLEY, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-808-KAJ |
| | ) |
| ING GROUP and | ) |
| ING DIRECT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on April 14, 2006, defendant ING Groep, N.V. filed a motion to dismiss (D.I. 19), and plaintiff has failed to respond to the motion;

THEREFORE, IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to the motion on or before ___June 14, 2006___, or this case will be dismissed against the moving defendant.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: 5/17/06
Wilmington, Delaware