IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP TINSLEY, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-808-KAJ |
| | ) |
| ING GROUP and | ) |
| ING DIRECT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on March 16, 2006, defendant ING DIRECT filed a motion to dismiss (D.I. 13) (the "Motion"); and

WHEREAS, on April 13, 2006, the Court entered an order (D.I. 18) directing plaintiff to file an answering brief in response to the Motion on or before May 12, 2006 or this case would be dismissed against ING DIRECT; and

WHEREAS, plaintiff failed to file an answering brief in response to the Motion on or before May 12, 2006;

IT IS HEREBY ORDERED that the Motion is GRANTED and that all claims alleged against defendant ING DIRECT in the above-captioned action are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/17/06
Wilmington, Delaware