# Buchanan Ingersoll PC
ATTORNEYS

**Matthew B. McGuire**
302 428 5524
mcguiremb@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

T 302 428 5500
F 302 428 3996

www.buchananingersoll.com

June 16, 2006

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re:   *Tinsley v. ING Group, et al.*, C.A. No. 05-808-KAJ

Dear Judge Jordan:

On May 17, 2006, Your Honor entered an order (D.I. 21) directing plaintiff to file an answering brief in response to defendant ING Groep, N.V. ("ING Groep") motion to dismiss on or before June 14, 2006. The order further provided that if plaintiff failed to file an answering brief by that date, his claims against ING Groep would be dismissed. As of today, plaintiff has not filed an answering brief with the Court and we have not been served with any such document. Accordingly, ING Groep respectfully requests that the Court grant its motion to dismiss. An implementing form of order is enclosed for Your Honor's consideration.

I am available at the Court's convenience if Your Honor has any questions concerning this matter.

Respectfully submitted,

Matthew B. McGuire

Enclosures

cc: Clerk of the Court (via CM/ECF, w/encl.)
    Mr. Philip Tinsley, III (via First Class Mail and Certified Mail, w/encl.)