IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP TINSLEY, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-808-KAJ |
| | ) |
| ING GROUP and | ) |
| ING DIRECT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on April 14, 2006, defendant ING Groep, N.V. filed a motion to dismiss (D.I. 19) (the "Motion"); and

WHEREAS, on May 17, 2006, the Court entered an order (D.I. 21) directing plaintiff to file an answering brief in response to the Motion on or before June 14, 2006 or this case would be dismissed against ING Groep, N.V.; and

WHEREAS, plaintiff failed to file an answering brief in response to the Motion on or before June 14, 2006;

IT IS HEREBY ORDERED that the Motion is GRANTED and that all claims alleged against defendant ING Groep, N.V. in the above-captioned action are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____
Wilmington, Delaware